# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DANIEL BARDOS, derivatively on behalf of FOX FACTORY HOLDING CORP., <br><br>                 Plaintiff, <br><br>     v. <br><br> MICHAEL C. DENNISON, TOM E. DUNCAN, ELIZABETH A. FETTER, JEAN H. HLAY, SCOTT R. HUMPHREY, SIDNEY JOHNSON, DUDLEY W. MENDENHALL, DENNIS S. SCHEMM, MAGGIE E. TORRES, and TED D. WAITMAN, <br><br>             Defendants, <br><br>     and <br><br> FOX FACTORY HOLDING CORP., <br><br>           Nominal Defendant. | Case No.: <br><br><br> **Jury Trial Demanded** |

## VERIFIED STOCKHOLDER DERIVATIVE COMPLAINT

# TABLE OF CONTENTS

INTRODUCTION ........................................................................... 1

NATURE OF THE ACTION ......................................................... 1

JURISDICTION AND VENUE ..................................................... 5

PARTIES ....................................................................................... 7

THE INDIVIDUAL DEFENDANTS OWE FIDUCIARY DUTIES TO THE COMPANY AND ITS STOCKHOLDERS ................................ 9

DIRECTOR DEFENDANTS ON THE AUDIT COMMITTEE OWE ADDITIONAL DUTIES ............................................................. 13

BACKGROUND ......................................................................... 15

DEFENDANTS BREACH THEIR DUTIES TO THE COMPANY AND ITS STOCKHOLDERS ............................................................. 21

A.   The Individual Defendants Cause or Allow the Company to Make False and Misleading Statements Regarding Fiscal Year 2021 ............................................................................ 22

   1.   Fox Factory's May 6, 2021 Press Release, Form 10-Q, and Earnings Call ................................................ 22

   2.   Fox Factory's August 5, 2021 Press Release, Form 10-Q, and Earnings Call ........................................ 27

   3.   Fox Factory's September 21, 2021 Analyst/Investor Day .... 29

   4.   Fox Factory's November 4, 2021 Press Release, Form 10-Q, and Earnings Call ...................................... 30

   5.   Fox Factory's February 24, 2022 Press Release, Form 10-K, and Earnings Call ...................................... 34

B.   Defendants Solicit Proxies Pursuant to a False and Misleading March 23, 2022 Proxy Statement ................................... 38

C.   The Individual Defendants Cause or Allow the Company to Make False and Misleading Statements Regarding Fiscal Year 2022 ............................................................................ 45

   1.   Fox Factory's May 5, 2022 Press Release, Form 10-Q, and Earnings Call ................................................ 45

2.      Fox Factory's August 4, 2022 Press Release, Form 10-Q, and Earnings Call ................................................................. 47

3.      Fox Factory's November 3, 2022 Press Release, Form 10-Q, and Earnings Call ........................................................ 50

4.      Fox Factory's February 23, 2023 Press Release, Form 10-K, and Earnings Call ........................................................ 53

D.      Defendants Solicit Proxies Pursuant to a False and Misleading March 23, 2022 Proxy Statement ........................................ 56

E.      The Individual Defendants Cause or Allow the Company to Make False and Misleading Statements Regarding Fiscal Year 2023 ................................................................................. 64

1.      Fox Factory's May 4, 2023 Press Release, Form 10-Q, and Earnings Call ................................................................. 64

2.      Fox Factory's August 3, 2023 Press Release and Form 10-Q .................................................................................. 66

THE MARKET LEARNS THE TRUTH ................................................ 68

AN INVESTOR FILES A SECURITIES CLASS ACTION .............................. 70

FOX FACTORY REPURCHASES SHARES DURING THE RELEVANT PERIOD ......................................................................... 77

THE INDIVIDUAL DEFENDANTS' MISCONDUCT DIRECTLY AND PROXIMATELY CAUSES DAMAGES TO FOX FACTORY ........................ 78

CONSPIRACY, AIDING AND ABETTING, AND CONCERTED ACTION .......................................................................... 79

PLAINTIFF HAS BEEN A STOCKHOLDER SINCE THE ALLEGED WRONGDOING AND WILL FAIRLY AND ADEQUATELY REPRESENT THE COMPANY'S AND ITS STOCKHOLDERS' INTERESTS ........................................................................ 80

DEMAND IS FUTILE ........................................................... 81

A.      Demand Is Futile Because Each Member of the  Board Faces a Substantial Likelihood of Personal Liability .................................... 81

B.      The Audit Committee Defendants  Face a Greater Likelihood of Personal Liability ............................................................ 83

C.    Defendant Dennison Faces an Even Greater Likelihood of Personal Liability than Other Director Defendants Because He Is a Securities Class Action Defendant ............................................. 83

D.    Defendant Dennison Lacks Independence ...................................... 84

FIRST CAUSE OF ACTION Against the Individual Defendants for Breach of Fiduciary Duties .................................................................................... 85

SECOND CAUSE OF ACTION Against the Securities Class Action Defendants for  Violations of Sections 10(b) of the Exchange Act and Rule 10b-5 ...................................................................................................... 88

THIRD CAUSE OF ACTION Against the Securities Class Action Defendants for Contribution under Sections 10(b) and 21D of the Exchange Act and SEC Rule 10b-5 ....................................................................... 90

FOURTH CAUSE OF ACTION Against the Individual Defendants for Violations of § 14(a) of the Exchange Act and SEC Rule 14a-9 ........................ 91

FIFTH CAUSE OF ACTION Against the Individual Defendants for Unjust Enrichment ....................................................................................... 93

SIXTH CAUSE OF ACTION Against all the Individual Defendants for Aiding and Abetting .................................................................................. 94

PRAYER FOR RELIEF ..................................................................... 95

JURY TRIAL DEMANDED .............................................................. 96

## INTRODUCTION

Plaintiff Daniel Bardos ("Plaintiff"), by and through his counsel, derivatively on behalf of Nominal Defendant Fox Factory Holding Corp. ("Fox," "Fox Factory," or the "Company"), submits this Verified Stockholder Derivative Complaint against Defendants and alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his/her counsel's investigation, which included, *inter alia*, review and analysis of (i) regulatory filings made by Fox Factory with the United States Securities and Exchange Commission ("SEC"); (ii) press releases issued and disseminated by Fox Factory; (iii) a securities class action against certain officers and members of the Company's Board of Directors (the "Board") alleging issuance of false and misleading statements of material fact and the omission of material facts necessary to make other statements made not misleading, between May 6, 2021, and November 2, 2023, (the "Relevant Period") with respect to Fox Factory's business, operations, and prospects; and (iv) other publicly available information concerning Fox Factory.

## NATURE OF THE ACTION

1.      This is a stockholder derivative action asserted on behalf of Nominal Defendant Fox Factory against certain officers and the members of the Company's

1

Board for the claims asserted herein to recover damages caused to the Company as described herein.

2.      Fox Factory, headquartered in Duluth, Georgia, specializes in the engineering, manufacturing, and marketing of high-performance suspension products for bicycles, side-by-sides, on-road vehicles with and without off-road capabilities, off-road vehicles, trucks, all terrain vehicles ("ATVs"), snowmobiles, and specialty vehicles and applications.[1]   The Company serves both original equipment manufacturers ("OEMs") and the aftermarket through a global network of dealers and distributors.  During the Relevant Period, Fox Factory's business was primarily structured into two main divisions: the Specialty Sports Group ("SSG"), formerly known as the Bike Division, which focused on designing and manufacturing suspension products for bicycles, and the Powered Vehicle Group ("PVG"), which concentrated on creating suspension components for off-road and specialty vehicles.

3.      After the COVID-19 pandemic began, there was a surge in bicycle demand, depleting existing inventories.  Fox Factory's SSG customers, worried about supply chain issues, started ordering significantly more components than usual

---

[1] Since the Company's acquisition of Wheelhouse Holdings, Inc. and its subsidiary Marucci Sports LLC in November 2023, the Company has also manufactured baseball and softball gear and equipment.

from Fox and other suppliers. This led to a dramatic increase in Fox Factory's revenue:

- Third Quarter 2020: 32.4% growth

- Fourth Quarter 2020: 44.6% growth

- Fiscal year ending Jan 1, 2021: 22.4% year-over-year growth

4.      By the end of 2020, order volumes were so high that lead times for Fox Factory's products had increased to about 300 days.

5.      The bicycle industry experienced a significant but short-lived boom during the early stages of the pandemic. However, by October 2021, consumer demand for bikes had fallen back to or below pre-pandemic levels. This sudden shift created a cascade of problems in the supply chain. OEMs and aftermarket dealers, who had placed large orders with component suppliers like Fox during the initial surge, found themselves with excess inventory. As early as the first quarter of 2021, OEMs began requesting delays in shipments of existing orders. Fox Factory, prioritizing its relationships with large OEM customers, initially agreed to these delays. However, the situation worsened, and by late 2021 and into 2022, both OEMs and aftermarket customers were outright canceling orders. This pattern emerged as it became clear that the pandemic-fueled increase in bike demand was temporary, leaving the entire supply chain, from component manufacturers to retailers, grappling with overstock issues.

6.     Notwithstanding the foregoing, throughout the Relevant Period, Defendants consistently characterized demand for Fox Factory's shocks, forks, and bike suspension products as "unprecedented," "incredibly strong," and showing "no signs of abating."   They commented that "the tectonic shift created in consumer demand by the pandemic seem[ed] more than just a transitory bubble."   Moreover, Defendants boasted of their "close[] proximity" to Fox Factory's OEM customers and the insights this afforded Fox Factory, reassuring investors that Defendants were "keeping a finger on the pulse of demand."   Even as SSG began reporting negative sales growth in February 2023, Defendant Dennison insisted that Fox "continue[d] to see positive signs with end customer demand," that demand was "strong" and had not "been the problem."

7.     The market remained unaware of the true state of Fox Factory's business until November 2, 2023, when the Company made a startling announcement.   Fox Factory revealed that SSG sales had plummeted by an astonishing 58.6%, amounting to a mere $72 million.   Consequently, Fox Factory was forced to lower its FY-2023 guidance.   During a call with securities analysts and investors, Defendant Dennison finally acknowledged "slower buying patterns" from OEMs and a decline in consumer demand as the root causes of SSG's dramatic sales decrease.   The market reacted swiftly to this news, with Fox Factory's common stock

price plunging by \$22.60, or 37.34%, to close at \$60.53, resulting in substantial losses for investors.

8.     Throughout the Relevant Period, the Individual Defendants (defined below) breached their fiduciary duties by causing or allowing the Company to make materially false and misleading statements regarding Fox Factory's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors that (i) the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; (ii) bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; (iii) the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; (iv) inventory was increasing due to reduced demand for SSG products; and (v) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

9.     As a direct and proximate result of the misconduct described herein by Individual Defendants, Fox Factory has sustained significant damages as explained below.

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's claims raise a federal question under Sections 10(b) and 20D of

the Securities Exchange Act and SEC Rule 10b-5 promulgated thereunder as well as Section 14(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder. The Court has supplemental jurisdiction over the pendent state law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy.  This action is not a collusive one designed to confer jurisdiction on a court of the United States that it would not otherwise have.

11.    This Court has jurisdiction over each Defendant because they reside in this District or have sufficient minimum contacts with this District to render the exercise of jurisdiction by the Court permissible under traditional notions of fair play and substantial justice.  The Court has personal jurisdiction over the Nominal Defendant because it is authorized to do business in this state and has consented to service in this state.

12.    Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial portion of the transactions and wrongs complained of herein, including Defendants' primary participation in the wrongful acts detailed herein and violation of fiduciary duties owed to Fox Factory.  Venue is also proper pursuant to 28 U.S.C. § 1401 because Nominal Defendant Fox Factory could have sued the same Defendants in this District.

## PARTIES

13.     Plaintiff is a Fox Factory stockholder and has continuously held Fox Factory stock from the time of the wrongdoing alleged herein until the present. Plaintiff will fairly and adequately represent Fox Factory's interest in this action.

14.     Nominal Defendant Fox Factory is incorporated under the laws of Delaware, and its principal executive offices are located at 2055 Sugarloaf Circle, Suite 300, Duluth, Georgia 30097.  Fox Factory's common stock trades on the Nasdaq exchange under the symbol "FOFX."

15.     Defendant Michael C. Dennison ("Dennison") has served as the Company's Chief Executive Officer ("CEO") since June 2019 and has been a member of the Board since February 2018.

16.     Defendant Tom E. Duncan ("Duncan") has served as a member of the Board since July 2017.

17.     Defendant Elizabeth A. Fetter ("Fetter") has served as member of the Board since June 2017.

18.     Defendant Jean H. Hlay ("Hlay") has served as a member of the Board since February 2019 and member of the Audit Committee since at least 2019, serving as its Chair since April 2021.

19.     Defendant Scott R. Humphrey ("Humphrey") served as the Company's Chief Financial Officer ("CFO") from August 4, 2020, until April 5, 2023.

20.    Defendant Sidney Johnson ("Johnson") has been a member of the Company's Board since January 2021.

21.    Defendant Dudley W. Mendenhall ("Mendenhall") has served as a member of the Board since 2013, serving as its Chair since April 2021.  He has served as a member of the Audit Committee since 2013, serving as its Chair from 2013 until April 2021.

22.    Defendant Dennis S. Schemm ("Schemm") has served as the Company's CFO since June 2023.

23.    Defendant Maggie E. Torres ("Torres") served as Interim CFO from April 3, 2023, until June 12, 2023, when she transitioned to Director of Accounting Projects.  Prior to that time, she served as the Company's Vice President and Corporate Controller from November 2020 until April 2023.

24.    Defendant Ted D. Waitman ("Waitman") has been a member of the Company's Board since June 2013 and has served as a member of the Audit Committee since 2016.

25.    The following Defendants are hereinafter referred to as the "Individual Defendants": Dennison, Duncan, Fetter, Hlay, Humphrey, Johnson, Mendenhall, Schemm, Torres, and Waitman.

26.    The following Individual Defendants are collectively referenced herein as the "Director Defendants": Dennison, Duncan, Fetter, Hlay, Johnson, Mendenhall, and Waitman.

27.    The following Individual Defendants are collectively referenced herein as the "Officer Defendants": Dennison, Humphrey, Schemm, Torres.

28.    The following Individual Defendants are collectively referenced herein as the "Audit Committee Defendants": Hlay, Mendenhall, and Waitman.

29.    The following Individual Defendants are collectively referenced herein as the "Securities Class Action Defendants": Dennison, Humphrey, Schemm, and Torres.

30.    The Individual Defendants and Nominal Defendant are collectively referenced in as "Defendants."

### THE INDIVIDUAL DEFENDANTS OWE FIDUCIARY DUTIES TO THE COMPANY AND ITS STOCKHOLDERS

31.    At all times relevant to this case, the conduct of the Individual Defendants was governed by well-recognized rules to protect the Company and its stockholders, the members of the public who had invested in Fox Factory.

32.    Because of their positions as officers and/or directors of the Company and their ability to control its business and corporate affairs, the Individual Defendants owed the Company and its stockholders the fiduciary obligations of

good faith, loyalty, and candor and were and are required to use their utmost ability to control and manage the Company in a fair, just, honest, and equitable manner.

33.     The Individual Defendants were and are required to act in furtherance of the best interests of the Company and its stockholders to benefit all stockholders equally and not in furtherance of their personal interest or benefit.

34.     Each of the Company's directors owes to the Company and its stockholders the fiduciary duties of care and loyalty, including good faith, oversight, and candor, to exercise good faith and diligence in the administration of the affairs of the Company and in the use and preservation of its property and assets.

35.     Because of their positions of control and authority as directors and/or officers of the Company, the Individual Defendants were able to and did, directly and/or indirectly, exercise control over the wrongful acts alleged herein.

36.     To discharge their duties, the Individual Defendants were required to exercise reasonable and prudent supervision over the management, policies, practices, and controls of the Company.  By virtue of such duties, the officers and directors of Fox Factory were required to do the following:

- Ensure that the Company complied with its legal obligations and requirements, including acting only within the scope of its legal authority and disseminating truthful and accurate statements to the SEC and the investing public;

- Conduct the affairs of the Company in a lawful, efficient, and business-like manner to make it possible for the Company to provide the highest quality performance of its business, to avoid wasting the Company's assets, and to maximize the value of the Company's stock;

- Properly and accurately inform investors and analysts as to the true financial condition of the Company at any given time, make accurate statements about the Company's financial results and prospects, and ensure that the Company maintained an adequate system of financial controls such that the Company's financial reporting would be true and accurate at all times;

- Remain informed as to how the Company conducted its operations, and, upon notice of imprudent or unsound conditions or practices, make reasonable inquiry into the nature and cause of such conditions and practices, correct such conditions or practices, and make such disclosures as necessary to comply with federal and state securities laws; and

- Ensure that the Company was operated in a diligent, honest, and prudent manner in compliance with all applicable federal, state, and local laws, rules, and regulations.

11

37.    The Individual Defendants knowingly violated their obligations as directors and officers of the Company, acting without good faith and consciously disregarding their duties to the Company and its Stockholders despite their knowledge of the risk of serious injury to the Company.

38.    Because of their positions of control and authority, the Individual Defendants were able to exercise control over the wrongful acts complained of herein, as well as the contents of the various public statements issued by Fox Factory.

39.    The Fox Factory Board of Directors has adopted Fox Factory's Code of Ethics to deter wrongdoing, which imposes additional duties and responsibilities on the Director Defendants and Officer Defendants.  The purpose of the Code of Ethics is to, among other things, promote "full, fair, accurate, timely and understandable disclosure in reports and documents that the Company files with, furnishes or submits to, the Securities and Exchange Commission ("SEC") and in other public communications made by the Company."

40.    The Code of Ethics further states that Fox Factory's "periodic reports and other documents filed with, furnished or submitted to, the SEC, including all financial statements and other financial information, must comply with the Laws, including applicable federal securities laws and the rules and regulations promulgated thereunder" and that the Officers and Directors "who contribute[] in any way to the preparation or verification of the Company's financial statements and

other financial information must ensure that the Company's books, records and accounts are accurately maintained." In addition, the Officers and Directors who are involved in the Company's disclosure processes shall, among other things, "not knowingly misrepresent, or cause others to misrepresent, facts about the Company to others, whether within or outside the Company, including to the Company's directors and auditors, and to governmental regulators and self-regulatory organizations."

### DIRECTOR DEFENDANTS ON THE AUDIT COMMITTEE OWE ADDITIONAL DUTIES

41.     The Audit Committee Charter (the "Audit Charter") places additional duties and responsibilities upon the members of the Board's Audit Committee, which consisted of Hlay, Mendenhall, and Waitman during the Relevant Period.

42.     Pursuant to the Audit Charter, the overarching duties of the Audit Committee and its members include the following regarding the Company's Financial Statements and Disclosure matters:

> *3. Quarterly Financial Information.* The Committee shall review and discuss with management and the independent auditors quarterly unaudited financial statements and reports from the independent auditors relating to: (a) critical accounting policies and practices to be used; (b) alternative treatments of financial information within GAAP that have been discussed with management, ramifications of the use of such alternative disclosures and treatments and the treatment preferred by the independent auditors; and (c) other material written communications between the independent auditor and management, such as any management letter or schedule of unadjusted differences.

*4. Earnings Announcements*. The Committee shall review and discuss with management and the Company's independent auditors the Company's earnings press releases prior to public release, including the type of information to be included and its presentation and the use of any pro forma, adjusted or other non-GAAP financial information, and any financial information and earnings guidance provided to analysts and ratings agencies, including the type of information to be disclosed and type of presentation to be made.

*5. Internal Controls, CEO, CFO Certifications.*  The Committee shall (a) review with the Company's Chief Executive Officer, Chief Financial Officer, management, the internal auditors or other personnel responsible for the internal audit function, and the Company's independent auditors the adequacy and effectiveness of the Company's financial reporting processes, internal control over financial reporting and disclosure controls and procedures, including any significant deficiencies or material weaknesses in the design or operation of, and any material changes in, the Company's processes, controls and procedures and any special audit steps adopted in light of any material control deficiencies, and any fraud involving management or other employees with a significant role in such processes, controls and procedures; (b) discuss with management and the Company's independent auditors changes in internal control over financial reporting that have materially affected or are reasonably likely to materially affect the Company's internal control over financial reporting; and (c) review and discuss with management and the Company's independent auditors disclosure relating to the Company's financial reporting processes, internal control over financial reporting and disclosure controls and procedures, the independent auditors' report on the effectiveness of the Company's internal control over financial reporting and the required management certifications to be included in or attached as exhibits to the Company's annual report on Form 10-K or quarterly report on Form 10-Q, as applicable.

43.     The Audit Charter also stated that the Audit Committee "shall discuss with management, the independent auditors, outside counsel . . . any published

reports that raise material issues regarding the Company's financial statements, accounting policies or internal control over financial reporting."

## BACKGROUND

44.     Fox Factory is a global leader in the design, production, and distribution of high-performance suspension systems for a wide range of applications.  The Company's products are sold to OEMs, retail dealers, and aftermarket distributors across the world.  For the majority of the Relevant Period, up until the end of the second quarter of 2023, Fox Factory's operations were structured into two main divisions: SSG and PVG.  However, in the second quarter of 2023, the Company announced a strategic realignment of its PVG segment.  This restructuring resulted in the creation of two distinct units: the "Powered Vehicles Group" and the "Aftermarket Applications Group."  According to the Company, the purpose of this reorganization was to better align the Company's operations with the needs and demands of its end customers.

45.     During the Relevant Period, SSG sales constituted a significant portion of Fox's total revenue, ranging from 40% to 45%.  The majority of this revenue, approximately 75% to 80%, stemmed from the sale of component parts manufactured by Fox to bicycle OEMs—primarily front and rear suspension products used in high-end mountain bikes.  Fox Factory's OEM clientele included some of the world's largest bicycle manufacturers, such as Giant Manufacturing Co.,

Specialized Bicycle Components ("Specialized"), and Trek Bicycle Corporation. The remaining 20% to 25% of SSG's revenue was generated through Fox's manufacture and sale of bicycle parts like cranks, bars, and pedals to dealers and distributors for aftermarket resale. Notably, the vast majority of bikes utilizing Fox Factory's SSG products were sold in the North American market.

46.   Fox Factory produces its bicycle components at a manufacturing facility in Taiwan. The Company employs different distribution strategies depending on the customer. For OEMs, Fox Factory ships products directly from the Taiwan facility to the OEM's location. In contrast, for aftermarket sales, the Company uses a more complex distribution network. Aftermarket products are either sent straight to distributors or first routed through Fox Factory's own warehouses before being shipped to distributors and dealers. This approach allows Fox Factory to efficiently manage its supply chain for both OEM and aftermarket customers while maintaining control over its distribution channels.

47.   The Company recognizes revenue when it fulfills a performance obligation by transferring control of a product to a customer. This transfer of control typically occurs when the product is shipped. In most cases, the contracts governing these transactions take the form of purchase orders from customers.

48.   The COVID-19 pandemic in 2020 led to a significant increase in bicycle demand, driven by lockdowns and a growing interest in outdoor activities,

particularly cycling.  Data from the World Bicycle Industry Association ("WBIA")
reveals a notable shift in bicycle sales patterns.  While the United States saw an
average of 17 million bicycles sold annually from 2016 to 2019, this figure jumped
dramatically to 21.8 million units in 2020.  This surge represented a substantial
increase in bicycle purchases compared to the pre-pandemic years, highlighting the
pandemic's impact on consumer behavior and recreational preferences.

49.    The bicycle industry experienced a significant shift during the
pandemic as bike inventories rapidly depleted.  OEMs responded by ramping up
production to meet the surging demand, all while navigating the challenges posed
by pandemic-related shutdowns in logistics and supply chains.  This led to a
substantial increase in orders from OEMs to component part manufacturers,
including Fox, throughout 2020.  The goal was not only to satisfy the immediate
spike in consumer interest but also to ensure adequate stock for bike manufacturing
in 2021 and beyond.  The scale of this increase was highlighted in an August 11,
2023 interview with a Public Company Research Organization ("PCRO"), where the
Chief Operating Officer ("COO") of Specialized, one of Fox's major OEM
customers, revealed that order levels from April 2020 through year-end were an
impressive 60% to 70% higher than those in 2019.  As a consequence of this
unprecedented demand, Fox's lead times for shocks, forks, and other products had
extended to approximately 300 days by the end of 2020.

50.     The surge in bicycle demand proved to be short-lived.  By October 2021, bike sales had returned to 2019 levels, as reported by Specialized's COO, and remained at or below those pre-pandemic figures through 2023.  This trend was further confirmed by the WBIA, which noted that 17.9 million bicycle units were sold in the U.S. in 2021, aligning more with pre-pandemic sales figures.

51.     In a May 30, 2024 interview with the PCRO, Specialized's COO elaborated on the market's evolution.  As demand began to normalize between March and September 2021, OEMs, who had previously placed large orders in response to the 2020 bike boom, started canceling these commitments.  Some OEMs reduced their orders by as much as 60%.  This sudden shift left Fox in a precarious position, holding substantial purchase orders for shocks, forks, and suspensions intended for bikes that were no longer being produced.  Moreover, Fox found itself burdened with significant inventories of both raw materials and finished goods because it had already manufactured many of these components.  Consequently, throughout the Relevant Period, Fox experienced a notable increase in its inventory levels.

52.     The COO of Specialized outlined their approach to handling the situation.  Instead of outright canceling orders with Fox, the OEMs came to an agreement with Fox to postpone the shipment of parts.  This arrangement involved a commitment from the OEMs to honor their orders at a future date that both parties

agreed upon.  In the meantime, Fox consented to store the parts in their warehouse, effectively bridging the gap between production and delayed delivery.

53.     According to a May 29, 2024 interview with the PCRO, Fox's former VP of Supply Chain revealed that starting in the second quarter of 2022, Fox took the initiative to contact customers directly.  Their goal was to cancel orders they considered excessive.  The VP also mentioned that during this time, Fox engaged in challenging discussions with several OEM customers who expressed interest in returning surplus products to Fox.

54.     In contrast to OEMs, who ordered and received products straight from Fox's manufacturing plant in Taiwan, retailers and distributors in the aftermarket sector placed their orders directly with Fox's U.S. operation.  These orders were then fulfilled by Fox's domestic warehouses.

55.     Starting with its financial reports for the initial quarter of fiscal year 2021, Fox Factory introduced an ambiguous statement in its financial statement footnotes regarding its remaining performance obligations.  Under Generally Accepted Accounting Principles ("GAAP"), a performance obligation is defined as a contractual commitment to provide a specific good or service to a customer.  These obligations serve as the basic units for recognizing revenue in GAAP accounting.  This is outlined in the Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") 606.  According to GAAP guidelines, the total

value of a contract is distributed among its individual performance obligations. Revenue is then acknowledged when each distinct obligation is fulfilled, either at a specific point in time or over a period.

56.    Remaining Performance Obligations ("RPOs") represent the monetary value of revenue from customer contracts that have been signed but not yet accounted for in a company's financial reports.  According to GAAP, companies must disclose their RPOs when the contractual obligations are expected to be fulfilled beyond a one-year timeframe.  Before 2021, Fox Factory's financial reports never indicated any performance obligations extending beyond a year.  This changed dramatically in fiscal year 2021, when the Company began reporting significant RPOs in its quarterly financial statement footnotes:

- For the quarter ending April 2, 2021 (Q1), Fox reported $30.3 million in RPOs, projecting to recognize this amount as revenue in 2022.

- In the quarter concluding July 2, 2021 (Q2), the Company disclosed $10 million in RPOs, again expecting to count this as revenue in 2022.

- For the period ending October 1, 2021 (Q3), Fox's financial statements showed $191.2 million in RPOs with plans to recognize this as revenue over 2022 and 2023.

57.     Fox Factory provided no clarification regarding the unexpected emergence of these unusually high levels of RPOs.  The timing of this occurrence aligns with the beginning of discussions between Fox and its OEM clients during the first half of 2021.

## DEFENDANTS BREACH THEIR DUTIES
## TO THE COMPANY AND ITS STOCKHOLDERS

58.     Through a series of communications, the Individual Defendants breached their fiduciary duties to the Fox Factory by causing or allowing the Company to make materially false and misleading statements regarding Fox Factory's business, operations, and prospects.  Specifically, Defendants failed to disclose to investors that (i) the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; (ii) bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; (iii) the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; (iv) inventory was increasing due to reduced demand for SSG products; and (v) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

### A.   The Individual Defendants Cause or Allow the Company to Make False and Misleading Statements Regarding Fiscal Year 2021

59.   The following statements by Defendants about the Company's business, operations, and prospects in fiscal year 2021 were materially false and misleading for the reasons discussed above in paragraph 58 and below at the end of this subsection.

#### 1.   Fox Factory's May 6, 2021 Press Release, Form 10-Q, and Earnings Call

60.   The Relevant Period begins on May 6, 2021, when Fox Factory issued a press release announcing its first quarter 2021 financial results for the period ending April 2, 2021 and raised guidance for the second quarter and for fiscal year 2021.[2]  On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending April 2, 2021.[3] Appended to the 1Q 2021 Form 10-Q were certifications pursuant to the Sarbanes-Oxley Act ("SOX") signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

---

[2] Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces First Quarter Fiscal 2021 Financial Results (May 6, 2021) ("May 6, 2021 Press Release").

[3] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (May 6, 2021) ("1Q-2021 Form 10-Q").

61.     In the May 6, 2021 Press Release, the Company reported total sales of $281.1 million, marking a significant 52.2% increase compared to the same quarter in 2020.  The press release further reported that SSG saw an 85.5% surge in sales. The 1Q 2021 Form 10-Q reported that SSG sales for the quarter amounted to $118.4 million.

62.     According to the press release, the Company attributed the increase in SSG sales to higher demand in both the OEM and aftermarket sectors.  The Company also reported a significant increase in inventory, from $127.1 million on January 1, 2021, to $166.5 million on April 2, 2021, which was attributed to overall business growth.

63.     The Company reiterated these statements in its 1Q-2021 Form 10-Q. Additionally, in the notes to Fox's financial statements for the same quarter, the Company disclosed RPOs of $30.3 million, though no further explanation was provided for this figure.

64.     Statements contained in the Company's 1Q 2021 Form 10-Q in the "Risk Factors" section were materially false and misleading.  These statements outlined supposed hypothetical risks to the Company.  Defendants presented the following as potential "risks and uncertainties" that "could . . . materially and adversely affect[]" Fox Factory's operations and business "[i]f [they] actually [were to] occur":

23

A significant portion of our sales are highly dependent on the demand for high-end bikes and a material decline in the demand for these bikes or their suspension components could have a material adverse effect on our business or results of operations.

During 2020, approximately 41% of our sales were generated from the sale of bike products.  Part of our success has been attributable to the growth in the high-end bike industry, including increases in average retail sales prices, as better-performing product designs and technologies have been incorporated into these products.  If the popularity of high-end or premium-priced bikes does not increase or premium-priced suspension products, wheels, cranks and other specialty components for their bikes does not increase or declines, or the average price point of these bikes declines, we may fail to achieve future growth or our sales could decrease, and our business, financial condition or results of operations could be negatively affected.

*     *     *

We may not be able to sustain our past growth or successfully implement our growth strategy, which may have a negative effect on our business, financial condition or results of operations.

We grew our sales from approximately $751.0 million in 2019 to approximately $890.6 million in 2020.  This growth rate may be unsustainable. . . .  If we are unable to sustain our past growth or successfully implement our growth strategy, our business, financial condition or results of operations could be negatively affected.

*     *     *

We are a supplier in the high-end bike and powered vehicles markets, and our business is dependent in large part on the orders we receive from our OEM customers and from their success.

As a supplier to OEM customers, we are dependent in large part on the success of the business of our OEM customers. Model year changes by our OEM customers or production disruptions or hiatuses may adversely impact our sales or cause our sales to vary from quarter to quarter.  In addition, losses in market share individually or a decline in the overall market of our OEM customers or the discontinuance by our OEM customers of their products which incorporate our products could

negatively impact our business, financial condition or results of operations.

65.     During the related earnings call held the same day, Defendant Dennison emphasized the Company's exceptional growth in demand.  He noted that SSG was experiencing robust demand for their products.  Dennison highlighted Fox's ability to capitalize on the expanded customer base during this unprecedented restocking period by leveraging their strong relationships with OEMs and suppliers.  He further expressed optimism about the remainder of 2021, citing strong demand projections and early momentum.  Dennison also suggested that the pandemic-induced shift in consumer demand appeared to be more than just a temporary phenomenon.  Defendant Humphrey added to these remarks by confirming that SSG's growth in the quarter was driven by high demand in both OEM and aftermarket channels.

66.     Responding to an analyst's inquiry about the factors driving SSG's growth, Defendant Dennison highlighted the importance of "restocking" in the process.  He explained that the majority of their distribution centers were currently empty, indicating that products were being sold through the entire channel to end consumers as soon as they were manufactured.  Dennison further elaborated, stating that Fox had not yet fully initiated the restocking process to bring their distribution centers to more practical inventory levels, thereby suggesting that this was an ongoing development contributing to their growth.

67.     When questioned about the factors that led to the Company's increased guidance for the second quarter of 2021 and the entire year, Defendant Humphrey emphasized the continued strength of the bike business.   He also reinforced Defendant Dennison's comments regarding restocking, noting that it had not truly begun yet as they were still focused on meeting current demand rather than replenishing inventory.   Addressing the extent of channel inventory shortages, Defendant Dennison explained that distribution centers typically maintain five to eight months of inventory under normal circumstances.   However, he pointed out that the current situation was far from normal with less than two weeks of inventory on hand.   Dennison went on to suggest that, assuming no sales occurred, it could potentially take up to eight months to fully restock a distribution center's inventory.

68.     In response to an inquiry from another analyst regarding the comparative strength of SSG's sales in the OEM sector versus the aftermarket sector, and whether one area was outperforming the other, Defendant Dennison stated that both divisions were "incredibly strong."

## 2. Fox Factory's August 5, 2021 Press Release, Form 10-Q, and Earnings Call

69. On August 5, 2021, Fox Factory issued a press release announcing its second quarter 2021 financial results for the period ending July 2, 2021,[4] and increased guidance for the next quarter and fiscal year 2021. On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending July 2, 2021.[5] Appended to the 2Q 2021 Form 10-Q were SOX certifications signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

70. In the July 2, 2021 Press Release, the Company reported total sales of $328.2 million, marking a significant 79.2% increase compared to the same quarter in the previous year. According to the press release, this growth was driven by substantial increases in both segments of Fox's business. SSG saw a 63.9% rise in sales. According to Fox's 2Q 2021 Form 10-Q, SSG sales reached $138.7 million.

71. The increase in SSG sales was attributed in the press release to "continued strong demand in the OEM channel along with excellent execution by

---

[4] Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Second Quarter Fiscal 2021 Financial Results (July 2, 2021) ("July 2, 2021 Press Release").

[5] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (July 2, 2021) ("2Q 2021 Form 10-Q").

our team in meeting such demand." The press release also noted a change in inventory, reporting $208.6 million as of July 2, 2021, in contrast to $127.1 million on January 1, 2021. This increase was explained as being due to "additional raw materials purchases to mitigate risks associated with supply chain uncertainty." These assertions were reiterated in the Company's 2Q 2021 Form 10-Q. Furthermore, Fox's 2Q-2021 financial statement notes in the Form 10-Q disclosed RPOs of $10 million without providing any explanation.

72.    The "Risk Factors" section of Fox Factory's 2Q 2021 Form 10-Q contained identical risk factors to those outlined in ¶ 64 above.

73.    On August 5, 2021, Fox Factory held an earnings call to discuss their second quarter results and business operations with analysts and investors. During this call, Defendant Humphrey noted that SSG's 64% year-over-year growth was "driven by continued high demand in their OEM channels." Defendant Dennison added that "[t]he demand across [Fox's] product categories continue[d] to be strong with no signs of abating." While Dennison recognized "slight improvement in the bike inventory channels," he emphasized that "inventory levels continue[d] to remain close to historic lows." He further projected that "[w]ith the current pace of industry demand, [Fox] believe[d] it [would] still take 8 to 10 months to make a current customer demand level and another 12 to 18 months to refurnish depleted inventory channels." Echoing his statement from the previous quarter, Dennison

reiterated that Fox "continue[d] to capitalize on the expanded rider base during this unprecedented restocking cycle by leveraging strong OEM and supplier relationships."   Regarding Fox's increased inventory levels, Defendant Humphrey explained that this was due "to additional raw material purchases to mitigate risks associated with supply chain uncertainty."

74.   In response to an analyst's implication during the earnings call's question-and-answer session that demand was being exaggerated, Defendant Dennison defended the Company's position and emphasized the Company's comprehensive understanding of OEM distribution channels:

> I think the important thing here is . . . the closer proximity you have to sell-through to our OEM relationships of understanding what[] their business looks like and what they're doing in terms of current inventory levels.  Given the pretty healthy idea of what could be happening . . . we just have found [overestimating demand] could not be a significant issue. . . .  [R]ight now, the demand is still so much more significant than what can be supplied that . . . is not a factor. . . .  Right now, not a big concern and not what we're talking about with our distributors or OEMs in terms of the risk or a big concern.

### 3.   Fox Factory's September 21, 2021 Analyst/Investor Day

75.   At Fox Factory's September 21, 2021 Analyst/Investor Day, Company representatives, including Defendants Dennison and Humphrey, addressed their strategic plans.  Dennison reaffirmed Fox Factory's ambitious five-year goal to reach $2 billion in revenue by 2025, emphasizing that $1 billion of this growth would be organic.  He stressed the continuity of their objectives, noting that with four years

remaining, their mission to grow by $1 billion organically remained unchanged. Dennison expressed strong confidence in achieving this target, describing their progress as "on track" and their outlook as even more optimistic than initially anticipated. While acknowledging the significant challenges and obstacles ahead, he conveyed unwavering belief in the Company's ability to reach this goal, citing the strength of their team and current initiatives as key factors in their projected success.

### 4. Fox Factory's November 4, 2021 Press Release, Form 10-Q, and Earnings Call

76. On November 4, 2021, Fox Factory issued a press release announcing its third quarter 2021 financial results for the period ending October 1, 2021[6] and increased guidance for the next quarter and fiscal year 2021. On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending October 1, 2021.[7] Appended to the 3Q 2021 Form 10-Q were SOX certifications signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

---

[6] Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Third Quarter Fiscal 2021 Financial Results (November 4, 2021) ("November 4, 2021 Press Release").

[7] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (July 2, 2021) ("2Q 2021 Form 10-Q").

77.    In the November 4, 2021 Press Release, the Company reported total sales of $347.4 million, marking a 33.3% increase compared to the same quarter in the previous year.  SSG saw a 48.1% rise in sales.  According to Fox's 3Q 2021 Form 10-Q, SSG sales reached $159.4 million.

78.    The Company's press release highlighted the growth in SSG sales, attributing it to persistent strong demand within the OEM channel.  The release also disclosed a significant inventory increase, rising from $127.1 million at the start of the year to $246.2 million by October 1, 2021.  This substantial inventory growth was primarily explained as a strategic measure to mitigate potential risks associated with supply chain uncertainties.  These statements were subsequently reiterated in the Company's 3Q 2021 Form 10-Q.  Notably, within the financial statement notes of this Form 10-Q, Fox also reported, without further elaboration, RPOs amounting to $191.2 million.

79.    The "Risk Factors" section of Fox Factory's 3Q 2021 Form 10-Q contained the same risk factors to those outlined in ¶ 64 above.

80.    During the related earnings call held the same day, Defendant Humphrey provided further context on the Company's performance.  He emphasized the purported fact that the significant 48.1% growth in SSG sales for the quarter was "driven by continued high demand in the OEM channel."  Addressing the increase in inventory levels, Humphrey explained that it was "primarily due to additional raw

materials purchases to mitigate risks associated with supply chain uncertainty and higher input costs."

81.    In his prepared statement, Defendant Dennison described a robust demand landscape for Fox's products, asserting that it showed "no signs of abating" and characterizing it as "historic."  He emphasized that Fox was actively investing to meet this high level of demand.  Dennison attributed Fox's remarkable growth to the SSG team's capability to anticipate and respond to fluctuations in industry demand, as well as their ability to ramp up production accordingly.  He further claimed that Fox maintained a close watch on demand trends, which he stated "continue[d] to stay strong."  Dennison expressed confidence in Fox's position, citing their clear visibility into both OEM and aftermarket order demand throughout 2022.

82.    Dennison explained that it would require between 20 to over 28 months for inventory levels in OEM channels to return to standard levels on account of the pace of industry demand:

> [T]alking about the current inventory levels and replenishment, my comments are similar to last quarter where the inventory levels continue to remain close to historic lows.  With the current pace of industry demand, we believe it will still take 8 to 10 months to meet the current customer demand level and another 12 to 18 months to replenish the depleted inventory channels.

83.    In the question-and-answer segment of the conference call, an analyst inquired once more about the progress of restocking inventory in the distribution

channel.  Responding to this question, Dennison reiterated his earlier statement.  He asserted that it would require 8 to 10 months merely to satisfy existing demand. Furthermore, he claimed that an additional 12 to 18 months beyond that would be necessary to fully replenish the inventory in the distribution channel, stating as follows:

> While you might see bikes starting to show up in dealer showrooms a little bit more frequently and a little bit better selection, there's a whole system behind that from distribution to hubs in both region and internationally that is still fundamentally empty.  So like I said in the prepared remarks, I think you've got several multiple months of demand just to deliver to preorders.  I think we've got 12 or 18 months of rebuilding of inventory that takes us clearly all the way through 2022 and beyond.  And I think our partners and customers still believe that new demand, new fresh demand coming in the system will carry us even beyond that . . . .  [A]s you'll see, we think very positively about 2022 and early parts of 2023.

84.     In response to an inquiry about the Company's potential for natural expansion in 2022, Dennison stated that "we think the demand signals are incredibly strong and remain strong."

85.     One analyst expert observed that "it sounds like demand [in SSG] is such that if you can manufacture it and ship it, you can book the revenue."  Dennison concurred with this assessment, further noting "I think we're doing a great job keeping up with our OEMs and the demand signal."

5.    **Fox Factory's February 24, 2022 Press Release, Form 10-K, and Earnings Call**

86.    On February 24, 2022, Fox Factory issued a press release announcing its fourth quarter and full-year 2021 financial results for the period ending December 31, 2021[8] and increased guidance for the next quarter and fiscal year 2022.  On the same day, Fox filed its annual report on Form 10-K with the SEC reporting its financial and operational results for the year ended December 31, 2021.[9]  Appended to the 2021 Form 10-K were SOX certifications signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

87.    In the February 24, 2022 Press Release, the Company reported total sales for the fourth quarter of 2021 of $342.3 million, marking a 30.5% increase compared to the same quarter in the previous year.  SSG purportedly saw a 46.7% rise in sales.

88.    Fox reported impressive financial results for the fiscal year, with total sales reaching $1.3 billion, marking a substantial 45.9% increase compared to 2020. This growth was purportedly driven by strong performance across both divisions

---

[8] Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Fourth Quarter and Fiscal 2021 Financial Results (February 24, 2022) ("February 24, 2022 Press Release").

[9] Fox Factory Holdings Corp., Annual Report (Form 10-K) (February 24, 2022) ("2021 Form 10-K").

with the SSG experiencing a remarkable 57.8% surge in sales.  According to Fox's 2021 Form 10-K, the SSG division achieved sales of $162.5 million in the fourth quarter and $579 million for the full year.

89.     The growth in SSG sales was explained in the press release as resulting from "continued strong demand in the [OEM] channel," while the rise in sales for FY-2021 was attributed to "increased demand, primarily in the OEM channel."

90.     The Company's 2021 Form 10-K reaffirmed that the "increase in Special Sports product sales reflects higher demand primarily in the OEM channel." Furthermore, the 2021 Form 10-K disclosed that inventory as of December 31, 2021 stood at $279.8 million, compared to $127.1 million on January 1, 2021.  The report explained that this inventory increase was "primarily due to additional raw material purchases to mitigate risks associated with supply chain uncertainty and shortages on certain parts needed to complete a suspension kit, as well as a higher balance of finished goods due to the timing of shipments."

91.     The "Risk Factors" section of Fox Factory's 2021 Form 10-K, although modified to include the 2021 sales figures,  contained the same risk factors to those outlined in ¶ 64 above.

92.     During prepared remarks portion of the related earnings call held the same day, Defendant Humphrey explained that SSG's sales growth was "primarily [due] to increased demand across all channels."

93.     During his prepared remarks, Defendant Dennison attributed the SSG division's impressive performance to the team's foresight and adaptability.  He specifically noted that their capacity to produce "such staggering numbers" was "due to the team's ability to . . . anticipate industry demand fluctuations, [and] to scale and accelerate production."

94.     Dennison reaffirmed the Company's strong understanding of OEM demand, noting that Fox "kept a finger on the pulse of demand, which continued to stay very robust."  He emphasized the Company's "good view of demand through 2022 for both OEM and aftermarket channels, which provided reasonable confidence in [management's] current outlook."  Dennison also mentioned that while Fox was "starting to see a slight improvement in inventory levels and increased replenishment in certain geographies and at certain price points," the leadership team estimated it would "take 5 months to 8 months to meet the existing customer demand level and another 9 months to 12 months to fully replenish depleted inventory levels."

95.     When asked if the reduced time needed to fulfill customer orders was a result of slowing demand, Dennison rejected this interpretation.  Instead, he attributed the improvement to enhanced performance from other suppliers in the supply chain, stating the following:

> That's really a function of an industry dynamic as well.  So keep in
> mind, that's not just us because we're one part of it in the industry.

36

There are other people have to deliver on their components as well to actually fulfill that demand. . . .

96.     When addressing an inquiry about anticipated expansion, Dennison indicated that industry experts should anticipate SSG to experience "low double digit" growth rates.

*     *     *

97.     The statements referenced above regarding the Company's business, operations, and prospects in fiscal year 2021 (¶¶ 60-63, 65-71, 73-78, 80-90, 92-96) were materially false and misleading because Defendants failed to disclose to investors that (i) the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; (ii) bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; (iii) the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; (iv) inventory was increasing due to reduced demand for both SSG; and (v) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

98.     In addition, the statements regarding risk factors referenced above (¶¶ 64, 72, 79, 91) were fundamentally deceptive and inaccurate.  By presenting these risk factors as potential future scenarios, Defendants created a misleading impression.  In reality, these so-called "risks" were not hypothetical situations that

might arise; they were ongoing problems already affecting the Company.  This framing as speculative concerns, rather than acknowledging them as current challenges, painted a false picture of the Company's actual circumstances and misled stockholders about the true nature of the situation.

## B. Defendants Solicit Proxies Pursuant to a False and Misleading March 23, 2022 Proxy Statement

99.    On March 23, 2022, Fox Factory filed a Schedule 14A with the SEC (Fox Factory Holdings Corp., Proxy Statement (Form DEF 14A) ("2022 Proxy Statement")).

100.   The Director Defendants (Dennison, Duncan, Fetter, Hlay, Johnson, Mendenhall, and Waitman) solicited proxies to vote at the 2023 annual meeting of Fox Factory stockholders pursuant to the 2022 Proxy Statement.  The 2022 Proxy Statement contained material misstatements and omissions.

101.   In Defendant Dennison's letter to the stockholders included with the 2022 Proxy Statement, Dennison praises the Company's record year, stating the following:

> The foundational driver of our performance can be attributed to our expanded portfolio of high-performance products, which continues to deliver on quality, engineering, and service that consistently resonates with the end consumers.  Our impressive top and bottom-line performance clearly demonstrate that our customers differentiate our premium products from those of our competitors.  Our brands represent what our company stands for—a culture of innovation and a commitment to deliver best-in-class products to our ever-growing base of performance-driven enthusiasts.  In addition, the dedication, agility,

and adaptability of our incredible team, which continued to maneuver through the dynamic and challenging operational environment of 2021, significantly contributed to our success throughout 2021.  As the year progressed, we recognized the unprecedented growth in demand and continued to make necessary investments in our products, people, and technology, all while delivering three consecutive quarters of record-breaking revenue.  This clearly demonstrates not only the management team's capability to develop and communicate strategic initiatives but also our employees' ability to execute the same across our diversified product portfolio.

*      *      *

Through the ups and downs of 2021, we have emerged as a stronger brand and company that is better positioned to create value for our shareholders and customers while helping make the lives of our growing consumer base more active, exciting, and enjoyable.

102.  This statement was materially false and misleading.   Contrary to Dennison's claims about "unprecedented growth in demand" and an "ever-growing base of performance-driven enthusiasts," consumer demand for bikes had quickly begun to wane during 2021 and by October, demand for bicycles had nearly fallen back to pre-pandemic levels.  Additionally, the "record-breaking revenue" was not due to Fox Factory's product quality or brand strength, but rather was the result of OEMs and distributors fulfilling delayed orders from earlier periods when demand had been higher.  Moreover, Dennison's statements about the Company's ability to "maneuver through the dynamic and challenging operational environment" failed to disclose that Fox was actually struggling with declining demand and inventory buildup.  Also, the claim that Fox Factory had "emerged as a stronger brand and

company" was misleading because it omitted the fact that the Company's inventory was increasing significantly due to declining demand.

103.    The 2022 Proxy Statement asked Fox Factory stockholders to vote to, among other things, (1) reelect Defendants Duncan and Hlay to the Board for a term to expire at the 2025 Annual Meeting of Stockholders; (2) ratify the appointment of Grant Thornton LLP as Fox Factory's independent registered public accounting firm for the fiscal year 2022; (3) consider and act upon a proposal to approve the Fox Factory Holding Corp. 2022 Omnibus Incentive Plan; and (4) approve, in a non-binding advisory vote, the compensation of the Company's named executive officers, including Dennison, Humphrey, and Torres, commonly referred to as "Say-on-pay."  The 2022 Proxy Statement further stated that Fox Factory's stockholders "will also consider and act upon such other matters as may properly come before the meeting, or any adjournment or postponement thereof."

104.    Under the section entitled "2021 Performance Highlights and Key Accomplishments," the 2022 Proxy Statement stated as follows:

Record Financial Results

We delivered record financial results in fiscal year 2021.  We benefited from consistent execution and favorable business fundamentals in our Powered Vehicles Group and in our Specialty Sports Group.  Our broad-based growth led to annual sales and profitability well above our initial expectations, despite the challenges presented by the COVID-19 pandemic, supply chain disruptions, and macro-economic trends.

105.   This statement was materially false and misleading.   The "record financial results" were not primarily due to "consistent execution and favorable business fundamentals" as claimed.   Rather, these results were largely attributable to the temporary surge in demand during the early stages of the COVID-19 pandemic, which had already begun to decline significantly by 2021.   The statement failed to disclose that the growth in the SSG was actually the result of fulfilling delayed orders from earlier periods when demand had been higher, rather than reflecting current market conditions.   The proxy statement also omitted material information about the declining demand in both the OEM and aftermarket channels as well as the increasing inventory levels that were building up as a result of this decline in demand.

106.   Under the section entitled "Corporate Governance Guidelines," the 2022 Proxy Statement stated as follows:

> Our Board has adopted a set of governance guidelines (the "Governance Guidelines") to assist our Board and its committees in performing its duties and serving the best interests of our Company and our stockholders.  The Governance Guidelines cover topics including, but not limited to, director selection and qualification, director responsibilities and operation of our Board, director access to management and independent advisors, director compensation, director orientation and continuing education, succession planning, recoupment of performance-based compensation and the annual evaluations of our Board.

107.   The 2022 Proxy Statement stated that the Code of Ethics "applies to all of our employees, officers and directors, including our principal executive officer,

principal financial officer, principal accounting officer and controller, or persons performing similar functions."

108.   With regard to the Board's role in risk oversight, the 2022 Proxy Statement stated as follows:

> The Board believes risk management is an important aspect of our business.  The Board oversees and regularly reviews the Company's management of material risks.  While the Board as a whole ultimately has the responsibility for overseeing risk management, the Board has delegated certain duties with respect to risk oversight to our Audit Committee.  In furtherance of such purpose, the Audit Committee Charter specifically requires the Audit Committee to discuss with management, the internal auditor or internal audit service provider, as the case may be, and the independent public accountant the Company's major risk exposures (whether financial, operations or both) and the steps management has taken to monitor and control such exposure, including the Company's risk assessment and risk management policies.  The Audit Committee reports to the Board with its findings.

109.   The 2022 Proxy Statement further discussed the Company's Corporate Social Responsibility:

> Our Board is engaged and involved in overseeing the Company's long-term strategy, including evaluating key business risks and opportunities, consumer trends and competitive developments.

110.   The 2022 Proxy Statement stated that the primary functions of the Audit Committee were the following:

- appointing, retaining, terminating, determining compensation for, and overseeing the independent registered public accounting firm;

- reviewing the scope of the audit by the independent registered public accounting firm;

- inquiring into the effectiveness of our accounting and internal control functions;

- assisting our Board in fulfilling its oversight responsibilities relating to the integrity of our financial statements, our compliance with legal and regulatory requirements, our adherence to policies regarding ethics and business practices and our enterprise risk-management practices;

- approving, or pre-approving, all audit and all permissible non-audit services, other than de minimis non-audit services, to be performed by the independent registered public accounting firm; and

- obtaining and reviewing a report by the independent registered public accounting firm, at least annually, that describes our internal control procedures, any material issues with such procedures, and any steps taken to deal with such issues.

111.   Further, the 2022 Proxy Statement stated that the Audit Committee's primary responsibility was to "to assist the Board in (1) retaining an independent public accountant; (2) overseeing the independent public accountant; (3) reviewing

financial statements and disclosure matters; (4) compliance oversight; and (5) oversight of the Company's internal audit function."

112.   These statements were materially misleading.   Despite claims of adherence to the Code of Ethics, the Individual Defendants violated the Code by issuing false and misleading statements about the Company's business and financial condition.   Contrary to the descriptions of the Board's risk oversight responsibilities, the Board and the Audit Committee did not adequately exercise these functions and were causing or permitting Fox Factory to issue false and misleading statements. The statements about the Audit Committee's responsibilities were misleading because the Committee failed to properly oversee the Company's financial reporting and risk management processes, allowing the issuance of false and misleading statements.

113.   The 2022 Proxy Statement was further materially misleading because it failed to disclose, *inter alia*, to investors the following: the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; inventory was increasing due to reduced demand for SSG products, not due to "additional raw materials purchases to mitigate risks

associated with supply chain uncertainty" as claimed in the proxy statement. As a result of these undisclosed facts, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

### C.   The Individual Defendants Cause or Allow the Company to Make False and Misleading Statements Regarding Fiscal Year 2022

114. The following statements by Defendants about the Company's business, operations, and prospects in fiscal year 2022 were materially false and misleading for the reasons discussed above in paragraph 58 and below at the end of this subsection.

#### 1.   Fox Factory's May 5, 2022 Press Release, Form 10-Q, and Earnings Call

115. On May 5, 2022, Fox Factory issued a press release announcing its first quarter 2022 financial results for the period ending April 1, 2022 and raised guidance for the second quarter and for fiscal year 2022.[10]  On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending April 1, 2022.[11]  Appended to the 1Q 2022 Form 10-Q were certifications pursuant to SOX signed by Defendants Dennison and Torres

---

[10]  Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces First Quarter Fiscal 2022 Financial Results (May 5, 2022) ("May 5, 2022 Press Release").

[11] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (May 5, 2022) ("1Q-2022 Form 10-Q").

attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

116.   In the May 5, 2022 Press Release, the Company reported total sales of $378 million, marking a 34% increase compared to the same quarter in 2021.  The press release further reported that SSG saw a 43.5% surge in sales over the prior year period.  The 1Q 2022 Form 10-Q reported that SSG sales for the quarter amounted to $169.9 million.

117.   The Company's announcement indicated that "the increase in [SSG] sales [was] driven by continued strong demand in both the [OEM] and aftermarket channels."  The inventory stood at $315 million as of April 1, 2022, up from $279.8 million at the end of 2021.  This increase was attributed to "additional raw materials purchases to mitigate risks associated with supply chain uncertainty."   These statements were reiterated in the 1Q-2022 Form 10-Q, which Defendant Humphrey signed and submitted to the SEC on May 5, 2022.

118.   The "Risk Factors" section of Fox Factory's 1Q 2022 Form 10-Q, although modified to include the 2021 sales figures, contained the same risk factors to those outlined in ¶ 64 above.

119.   During the earnings call on May 5, 2022, in his prepared statement, Defendant Humphrey stated that the 43.5% year-over-year sales growth in SSG was "primarily due to increased demand across all channels."

120.   During his prepared statement, Defendant Dennison emphasized SSG's revenue growth and reiterated that Fox maintained "a finger on the pulse of demand."  He continued by stating that while Fox was experiencing "some level of inventory normalization, especially in entry-level bikes, . . . inventory levels for high-end mountain bikes and e-bikes remain[ed] low, at less than 2 months versus 3 to 4 months under normal circumstances."  He also noted that "demand for mid- to high-end bikes along with e-bikes continue[d] to be strong."  Dennison further reassured investors that Fox's "order book remain[ed] robust for the rest of 2022."  In a subsequent response to an analyst's inquiry, Dennison claimed that Fox had not "seen demand slack off at all in any of [its] product lines over the course of the end of [2021] or the beginning of [2022]."  He also affirmed that there were no changes to the macro- or company-specific guidance of $2 billion in revenue by 2025, which had been presented at the Company's September 21, 2021 Analyst Day.  Regarding this projection, he stated, "we feel pretty damn good about it."

      **2.**     **Fox Factory's August 4, 2022 Press Release, Form 10-Q, and Earnings Call**

121.   On August 4, 2022, Fox Factory issued a press release announcing its second quarter 2022 financial results for the period ending July 1, 2022 and raised

guidance for the second quarter and for fiscal year 2022.[12]  On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending April 1, 2022.[13]  Appended to the 2Q 2022 Form 10-Q were certifications pursuant to SOX signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

122.   In the August 4, 2022 Press Release, the Company reported total sales of $406.7 million, marking a 23.9% increase compared to the same quarter in 2021. The press release further reported that SSG saw a 28.1% increase in sales.  The 2Q 2022 Form 10-Q reported that SSG sales for the quarter amounted to $177.6 million.

123.   The press release indicated that the rise in SSG revenue was "driven by continued strong demand in the OEM channel."  Moreover, the statement included a quote from Dennison, who remarked that Fox was "still seeing healthy demand across most of our diversified portfolio for the balance of the year."  The Company also disclosed inventory levels of $349.1 million as of July 1, 2022, in comparison to $279.8 million as of December 31, 2021, and explained the increase was due to

---

[12] Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Second Quarter Fiscal 2022 Financial Results (August 4, 2022) ("August 4, 2022 Press Release").

[13] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (August 4, 2022) ("2Q-2022 Form 10-Q").

"receipt of long lead time items that had been delayed, higher levels of safety stock to mitigate uncertainty, and natural growth to meet anticipated demand."

124.  The Company's 2Q 2022 Form 10-Q included the Company's previously released financial results and reiterated that the rise in SSG sales during the quarter was "due to continued strong demand in both the OEM and aftermarket channels."  The document also maintained that "[t]he change in inventory [was] primarily due to additional raw materials purchases to mitigate risks associated with supply chain uncertainty."

125.  The "Risk Factors" section of Fox Factory's 2Q 2022 Form 10-Q, although modified to include the 2021 sales figures, contained the same risk factors to those outlined in ¶ 64 above.

126.  During the opening statements portion of the related earnings call held the same day, Defendants reiterated their assertion of strong demand in the SSG segment.  Specifically, Defendant Dennison attributed the "43.5% increase in year-over-year sales for SSG" to be "primarily due to increased demand across all channels."  Dennison also acknowledged signs of normalization but maintained a positive outlook.  He stated that while they were "seeing the signs of a return to normal, and . . . expect[ed] SSG to return to more typical growth rates beginning in Q3 and [the] return of seasonality in Q4," he emphasized that inventories of "high-

end bike levels were still below the preferred levels, and the rising popularity of e-bikes [wa]s continuing to fuel demand."

127.   When questioned about how a potential economic downturn might affect Fox's operations, Dennison noted that many of Fox's product lines were experiencing a backlog.  He stated that "for the balance of this year in most of our product lines, we're going to continue to just try to keep up with the demand that we already have . . . [a]nd so that will drive I think . . . a strong Q3 and Q4 based on [the company's guidance]."   Defendant Dennison also reaffirmed the Company's projection of reaching $2 billion in revenue by 2025 by stating:

> [W]e're really happy with our position relative to 2025 and $2 billion of revenue and 25% EBITDA.  I think we're tracking right to it.  And in the last quarter, we saw the right signs of improvement and progress that give us even more confidence to those commitments.

### 3.   Fox Factory's November 3, 2022 Press Release, Form 10-Q, and Earnings Call

128.   On November 3, 2022, Fox Factory issued a press release announcing its third quarter 2022 financial results for the period ending September 30, 2022 and raised guidance for fiscal year 2022.[14]  On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the

---

[14]  Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Third Quarter Fiscal 2022 Financial Results (November 3, 2022) ("November 3, 2022 Press Release").

quarter ending September 30, 2022.[15]  Appended to the 3Q 2022 Form 10-Q were certifications pursuant to SOX signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

129.   In the November 3, 2022 Press Release, the Company reported total sales of $409.2 million, marking a 17.8% increase compared to the same quarter in 2021.  The press release further reported that SSG saw a 9.1% increase in sales.  The 3Q 2022 Form 10-Q reported that SSG sales for the quarter amounted to $174 million.

130.   The press release described linked the growth in SSG revenue to "continued strong demand in the [OEM] channel."  The press release also highlighted inventory figures, showing $354.2 million at the end of September 2022, up from $279.8 million at 2021's close.  This inventory increase was explained as being due to "receipt of long lead time items that had been delayed, higher levels of safety stock to mitigate uncertainty, and natural growth to meet anticipated demand."

131.   The Company's 3Q 2022 Form 10-Q included the Company's previously released financial results and restated Fox's statement that the rise in SSG sales during the quarter was "driven by continued strong demand in the [OEM]

---

[15] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (November 3, 2022) ("3Q-2022 Form 10-Q").

channel." The 3Q 2022 Form 10-Q further stated that "[t]he changes in inventory . . . [were] primarily due to additional raw materials purchased to mitigate risks associated with supply chain uncertainty."

132. The "Risk Factors" section of Fox Factory's 3Q 2022 Form 10-Q, although modified to include the 2021 sales figures, contained the same risk factors to those outlined in ¶ 64 above.

133. During the prepared remarks section of the earnings call held the same day, Defendant Humphrey repeated the assertion that the rise in SSG sales for the third quarter of 2022 was "primarily due to increased demand in our OEM channel."

134. Defendant Dennison acknowledged that certain indicators suggested a stabilization of demand in the SSG division. However, he reassured investors by stating that channel inventory for "high-end mountain bikes [was] still below the preferred levels and the rising popularity of e-bikes [was] continuing to keep the demand relatively strong as supply chains are improving."

135. During the Q&A portion of the earnings call, in response to an analyst's question regarding the Company's 2025 outlook given nearly two years ago, Dennison stated that he was still confident in the "2025 vision" of $2 billion in revenue.

4. **Fox Factory's February 23, 2023 Press Release, Form 10-K, and Earnings Call**

136.   On February 23, 2023, Fox Factory issued a press release announcing its fourth quarter and full-year 2022 financial results for the period ending December 31, 2022[16] and increased guidance for the next quarter and fiscal year 2023.   On the same day, Fox filed its annual report on Form 10-K with the SEC reporting its financial and operational results for the year ended December 31, 2022.[17]  Appended to the 2022 Form 10-K were SOX certifications signed by Defendants Dennison and Humphrey attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

137.   In the February 23, 2023 Press Release, the Company reported total sales for the fourth quarter of 2022 of $408.6 million, marking a 19.4% increase compared to the same quarter in the previous year.  SSG saw a 1.9% decline in sales.

138.   Fox reported total sales of $1.6 billion for the fiscal year 2022.  This marked a substantial 23.4% increase compared to the previous year.  SSG saw a 17.6% rise in sales.  As detailed in Fox's 2022 Form 10-K, SSG sales for the fourth

---

[16] Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Fourth Quarter and Fiscal 2022 Financial Results (February 23, 2023) ("February 23, 2023 Press Release").

[17] Fox Factory Holdings Corp., Annual Report (Form 10-K) (February 23, 2023) ("2022 Form 10-K").

quarter of 2022 amounted to $159.5 million, contributing to a full-year total of $681 million.

139.   According to the press release, SSG's decrease in sales during the fourth quarter of 2022 compared to the same period in the previous year was "driven by return to seasonality."

140.   The press release also provided information on inventory levels.  As of December 30, 2022, inventory stood at $350.6 million, up from $279.8 million on December 31, 2021.  This increase was explained as resulting from "natural growth to meet anticipated demand, receipt of long lead time items that had been delayed, and higher levels of safety stock to migrate supply chain uncertainty."

141.   The Company's 2022 Form 10-K echoed the explanations provided in the press release regarding the fluctuations in SSG sales and Fox's inventory levels.

142.   The "Risk Factors" section of Fox Factory's 2022 Form 10-K, although modified to include the 2022 sales figures, contained the same risk factors to those outlined in ¶ 64 above.

143.   During the prepared remarks section of the related earnings call held the same day, Defendant Humphrey attributed the 1.9% year-over-year sales decrease in Q4 2022 for the SSG segment as being "primarily due to a return to seasonality in the bike business."  Despite this, Defendant Dennison claimed that Fox "had an incredible run in [its] bike business for over 2 years" and had performed

"substantially better than most of [its] industry peers."  He also expressed that the Company's performance "continue[d] to give [it] confidence in [Fox's] long-term vision of $2 billion in revenue by 2025 and therefore, [Fox] [was] now beginning to set [its] sights on even more ambitious goals."  Furthermore, Defendant Dennison stated his belief that "end customer demand, even though seasonality has finally returned, continue[d] to be generally positive" and assured investors that Fox's "team [was] keeping a finger on the pulse of the market."

144.   Defendant Dennison expressed Fox's belief that SSG could experience a decline "anywhere between high single digits to high teens" in 2023, before eventually "returning to [its] long-term growth expectations."  He attributed this to excess semi-finished bicycle inventory at OEMs and weaker-than-anticipated seasonality in the fourth quarter of 2022, which he said would lead to "a bigger seasonality play in Q1."  Despite these challenges, Dennison maintained an optimistic outlook, asserting that "demand was more positive than people give it credit for" and reaffirming Fox's commitment to reaching "$2 billion [in revenue] by 2025."

*     *     *

145.   The statements referenced above regarding the Company's  business, operations, and prospects in fiscal year 2022 (¶¶ 115-17, 119-24, 126-31, 133-41, 143-44) were materially false and misleading because Defendants failed to disclose

to investors that (i) the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; (ii) bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; (iii) the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; (iv) inventory was increasing due to reduced demand for SSG products; and (v) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

146.   In addition, the statements regarding risk factors referenced above (¶¶ 118, 125, 132, 142) were fundamentally deceptive and inaccurate.  By presenting these risk factors as potential future scenarios, Defendants created a misleading impression.  In reality, these so-called "risks" were not hypothetical situations that might arise; they were ongoing problems already affecting the Company.  This framing as speculative concerns, rather than acknowledging them as current challenges, painted a false picture of the Company's actual circumstances and misled stockholders about the true nature of the situation.

### D.   Defendants Solicit Proxies Pursuant to a False and Misleading March 23, 2022 Proxy Statement

147.   On March 22, 2023, Fox Factory filed a Schedule 14A with the SEC (Fox Factory Holdings Corp., Proxy Statement (Form DEF 14A) ("2023 Proxy Statement")).

148.    The Director Defendants (Dennison, Duncan, Fetter, Hlay, Johnson, Mendenhall, and Waitman) solicited proxies to vote at the 2023 annual meeting of Fox Factory stockholders pursuant to the 2023 Proxy Statement.  The 2023 Proxy Statement contained material misstatements and omissions.

149.    In Defendant Dennison's letter to the stockholders, he stated as follows:

Despite the tough economic and operational backdrop, I am incredibly proud to say this was another record-shattering year for top and bottom line growth.  As you consider these strong results, be mindful that our momentum is fueled by leaning on our core values—Leadership, Collaboration, Service, Trust, Agility & Ingenuity.  I'm proud of our team's dedication and tenacity as they capitalized on opportunities while navigating the challenges 2022 brought forward.  We are pulling ahead of our competition thanks to the meaningful relationships with our OEMs, enthusiasts, and the continued application of our 5-year strategy.  Our consistent strong performance relies on two primary factors: the power of our brands and the sustainability of our diversified portfolio.

Our stellar performance can be attributed to our expanded portfolio of high-performance products, which continues to deliver on quality, engineering, and service that consistently resonates with our end customers.  Our impressive top and bottom-line performance clearly demonstrate that our customers differentiate our premium products from those of our competitors.  Our brands represent what our company stands for—a culture of innovation and a commitment to deliver best-in-class products to our ever-growing base of performance-driven enthusiasts.

*        *        *

We firmly believe in our vision of building a $2B business by 2025 driven by the organic growth of our amazing brands.  And as we remain focused on delivering our near term commitments, we will continue to lay the foundation for growth and success beyond 2025.

150.   This statement was materially false and misleading. The claim of "record-shattering year for top and bottom line growth" failed to disclose that this growth was largely due to fulfilling delayed orders and not reflective of current market conditions.   The statement about "leaning on our core values" and "capitalizing on opportunities" omitted the fact that the Company was actually struggling with declining demand and increasing inventory.   The assertion that Fox Factory was "pulling ahead of our competition" was misleading given the significant challenges the Company was facing in its core markets.   The claim about the "sustainability of our diversified portfolio" failed to disclose the declining demand for SSG products and the inventory buildup issues.

151.   The 2023 Proxy Statement asked Fox Factory stockholders to vote to, among other things, (1) reelect Defendants Fetter and Mendenhall to the Board for a term to expire at the 2026 Annual Meeting of Stockholders; (2) ratify the appointment of Grant Thornton LLP as Fox Factory's independent registered public accounting firm for the fiscal year 2023; (3) approve, in a non-binding advisory vote, the compensation of the Company's named executive officers, including Dennison, Humphrey, Schemm, and Torres, commonly referred to as "Say-on-pay"; (4) amend the Company's amended and restated Certificate of Incorporation to allow for the exculpation of officers; and (5) amend and restate the Company's Certificate of Incorporation to update, clarify and remove outdated provisions.   The 2023 Proxy

Statement further stated that Fox Factory's stockholders "will also consider and act upon such other matters as may properly come before the meeting, or any adjournment or postponement thereof."

152.   Under the section entitled "Overview of Business," the 2023 Proxy Statement stated as follows:

> Based on our strong operational and financial results in 2022, as discussed below, as well as our outlook for 2023, we continue to opportunistically expand our total available market through potential acquisitions beyond our current product categories. We believe there may be opportunities to acquire other recognized brands that are valued by that same passionate customer.

153.   Under the section entitled "2022 Performance Highlights and Key Accomplishments," the 2023 Proxy Statement stated the following:

> Record Financial Results
>
> We delivered record financial results in fiscal year 2022. We benefited from consistent execution and favorable business fundamentals in our [PVG] and in our [SSG] and the sustainability of our diversified portfolio. Our broad-based growth led to annual sales and profitability well above our initial expectations, despite the challenges presented by inflationary pressures and tightening monetary conditions.

154.   These statements were materially false and misleading. They failed to disclose the significant decline in demand for SSG products and the inventory buildup issues. The claims of "broad-based growth" and "favorable business fundamentals" were not accurate representations of the Company's true financial condition. The statements omitted material information about the challenges the Company was facing in its SSG.

155.   Under the section entitled "Say-on-Pay Responsiveness," the 2023

Proxy Statement stated as follows:

> We conduct ongoing reviews of both our governance and executive compensation practices to ensure that we maintain best practices and enhanced disclosure in our Proxy Statement and other Securities and Exchange Commission ("SEC") filings.  We also work to expand and enhance our public disclosure around the topics of interest to our stockholders.

156.   Under the section entitled "Corporate Governance Guidelines," the

2023 Proxy Statement stated as follows:

> Our Board has adopted a set of governance guidelines (the "Governance Guidelines") to assist our Board and its committees in performing its duties and serving the best interests of our Company and our stockholders.  The Governance Guidelines cover topics including, but not limited to, director selection and qualification, director responsibilities and operation of our Board, director access to management and independent advisors, director compensation, director orientation and continuing education, succession planning, recoupment of performance-based compensation and the annual evaluations of our Board.

157.   The 2023 Proxy Statement stated that the Code of Ethics "applies to all

of our employees, officers and directors, including our principal executive officer,

principal financial officer, principal accounting officer and controller, or persons

performing similar functions."

158.   With regard to the Board's role in risk oversight, the 2023 Proxy

Statement stated as follows:

> The Board believes risk management is an important aspect of our business.  The Board oversees and regularly reviews the Company's

management of material risks.  While the Board as a whole ultimately has the responsibility for overseeing risk management, the Board has delegated certain duties with respect to risk oversight to our Audit Committee.  In furtherance of such purpose, the Audit Committee Charter specifically requires the Audit Committee to discuss with management, the internal auditor or internal audit service provider, as the case may be, and the independent public accountant the Company's major risk exposures (whether financial, operations or both) and the steps management has taken to monitor and control such exposure, including the Company's risk assessment and risk management policies.  The Board is regularly updated on the Audit Committee's findings.

159.   The 2022 Proxy Statement further discussed the Company's Corporate Social Responsibility, stating the following:

Our Board is engaged and involved in overseeing the Company's long-term strategy, including evaluating key business risks and opportunities, consumer trends and competitive developments.

160.   Under the Section entitled "Committees of the Board of Directors," the 2023 Proxy Statement stated that the primary functions of the Audit Committee are:

- appointing, retaining, terminating, determining compensation for, and overseeing the independent registered public accounting firm;

- reviewing the scope of the audit by the independent registered public accounting firm;

- inquiring into the effectiveness of our accounting and internal control functions;

- assisting our Board in fulfilling its oversight responsibilities relating to the integrity of our financial statements, our compliance with legal and regulatory requirements, our adherence to policies regarding ethics and business practices and our enterprise risk-management practices;

- approving, or pre-approving, all audit and all permissible non-audit services, other than de minimis non-audit services, to be performed by the independent registered public accounting firm; and

- obtaining and reviewing a report by the independent registered public accounting firm, at least annually, that describes our internal control procedures, any material issues with such procedures, and any steps taken to deal with such issues.

161.   Further, the 2023 Proxy Statement stated that the Audit Committee's primary responsibility was to "to assist the Board in (1) retaining an independent public accountant; (2) overseeing the independent public accountant; (3) reviewing financial statements and disclosure matters; (4) compliance oversight; and (5) oversight of the Company's internal audit function."

162.   These statements were materially misleading.   Despite claims of adherence to the Code of Ethics and best practices in governance, the Individual

Defendants were causing or allowing the Company to issue false and misleading statements.   The descriptions of the Board's and Audit Committee's oversight responsibilities were misleading because these bodies failed to properly oversee the Company's financial reporting and risk management processes.   The statements about executive compensation practices were misleading because they failed to disclose that executives were being rewarded based on artificially inflated financial results.

163.   The 2023 Proxy Statement was further materially misleading because it failed to disclose, *inter alia*, to investors that the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; inventory was increasing due to reduced demand for SSG products, not due to reasons claimed in the proxy statement; as a result of these undisclosed facts, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

E.     **The Individual Defendants Cause or Allow the Company to Make False and Misleading Statements Regarding Fiscal Year 2023**

164.    The following statements by Defendants about the Company's business, operations, and prospects in fiscal year 2023 were materially false and misleading for the reasons discussed above in paragraph 58 and below at the end of this subsection.

1.     **Fox Factory's May 4, 2023 Press Release, Form 10-Q, and Earnings Call**

165.    On May 4, 2023, Fox Factory issued a press release announcing its first quarter 2023 financial results for the period ending March 31, 2023 and raised guidance for the second quarter and for fiscal year 2023.[18]   On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending March 31, 2023.[19]   Appended to the 1Q 2023 Form 10-Q were certifications pursuant to SOX signed by Defendants Dennison and Schemm attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

---

[18]  Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces First Quarter Fiscal 2023 Financial Results (May 4, 2023) ("May 4, 2023 Press Release").

[19] Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (May 4, 2023) ("1Q-2023 Form 10-Q").

166.   In the May 4, 2023 Press Release, the Company reported total sales of $399.9 million, marking a 5.8% increase compared to the same quarter in 2022.  The press release further reported that SSG saw a 30% decline in sales.  The 1Q 2023 Form 10-Q reported that SSG sales for the quarter amounted to $118.9 million.

167.   The press release attributed the decline in SSG sales to a "return to seasonality and the impacts of higher levels of inventory across various channels."

168.   The Company's 1Q-2023 Form 10-Q included the Company's previously released financial results and restated that the "return to seasonality and pre-pandemic market conditions" was the reason for the decline in SSG's sales.

169.   The "Risk Factors" section of Fox Factory's 1Q 2023 Form 10-Q, although modified to include the 2022 sales figures, contained the same risk factors to those outlined in ¶ 64 above.

170.   In the related earnings call held the same day, Company representatives addressed a decline in SSG sales.  They attributed this decrease to typical seasonal patterns and elevated inventory levels within their distribution channels.  Despite this sales dip, Defendants reassured investors that the underlying demand for their products remained robust.

171.   In his prepared remarks, Defendant Dennison explained that the drop in SSG sales for the first quarter of 2023, compared to the same period last year, was "primarily due to the stronger than anticipated seasonality impact in Q1 of 2023."

Nevertheless, Defendant Dennison sought to reassure investors by stating that Fox was "keeping a finger on the pulse of the market" and "continue[d] to see positive signs with end customer demand."

### 2.    Fox Factory's August 3, 2023 Press Release and Form 10-Q

172.   On August 3, 2023, Fox Factory issued a press release announcing its second quarter 2023 financial results for the period ending June 30, 2023 and raised guidance for the third quarter and for fiscal year 2023.[20]  On the same day, Fox filed its quarterly report on Form 10-Q with the SEC reporting its financial and operational results for the quarter ending June 30, 2023.[21]  Appended to the 2Q-2023 Form 10-Q were certifications pursuant to SOX signed by Defendants Dennison and Schemm attesting to the accuracy of the financial statements and that all fraud and significant deficiencies and material weaknesses in internal controls were disclosed.

173.   According to the August 3, 2023 Press Release, Fox Factory announced quarterly sales of $400.7 million.  This figure represented a decrease of 1.5% compared to the same quarter in the previous year, with a notable 41% reduction in SSG sales year-over-year.

---

[20]  Press Release, Fox Factory Holdings Corp., Fox Factory Holding Corp. Announces Second Quarter Fiscal 2023 Financial Results (August 3, 2023) ("August 3, 2023 Press Release").

[21]  Fox Factory Holdings Corp., Quarterly Report (Form 10-Q) (August 3, 2023) ("2Q-2023 Form 10-Q").

174.   The 2Q-2023 Form 10-Q revealed that SSG sales for Q2 2023 were $104.9 million.

175.   The press release indicated that the decline in SSG revenue was attributed to "higher levels of inventory across various channels."

176.   The Company's 2Q-2023 Form 10-Q included the Company's previously released financial results and restated that SSG's decrease in sales was "driven by higher levels of inventory across various channels."

177.   The "Risk Factors" section of Fox Factory's 2Q-2023 Form 10-Q, although modified to include the 2022 sales figures, contained the same risk factors to those outlined in ¶ 64 above.

178.   During his prepared remarks in a related earnings call held on the same day, Defendant Schemm explained that the main reason for the decline in SSG sales was "primarily due to the higher level of channel inventory."  However, Defendant Dennison reassured investors, stating that Fox's "demand [was] up significantly year-on-year over 100%" and that it "hasn't been the problem."  Defendants further maintained their guidance, in part because customers were "putting their foot on the gas pretty quickly [and] want[ing] to get into [] new model years as fast as possible."

*     *     *

179.   The statements referenced above regarding the Company's  business, operations, and prospects in fiscal year 2023 (¶¶ 165-68, 170-76, 178) were

materially false and misleading because Defendants failed to disclose to investors that (i) the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic; (ii) bicycle OEMs were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; (iii) the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; (iv) inventory was increasing due to reduced demand for SSG products; and (v) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

180.   In addition, the statements regarding risk factors above (¶¶ 169, 177) were fundamentally deceptive and inaccurate.  By presenting these risk factors as potential future scenarios, Defendants created a misleading impression.  In reality, these so-called "risks" were not hypothetical situations that might arise; they were ongoing problems already affecting the Company.  This framing as speculative concerns, rather than acknowledging them as current challenges, painted a false picture of the Company's actual circumstances and misled stockholders about the true nature of the situation.

## THE MARKET LEARNS THE TRUTH

181.   Fox Factory disclosed its third quarter fiscal year 2023 results on November 2, 2023, after the markets closed.  The Company filed a Form 8-K with

the SEC, which included a press release signed by Defendant Dennison.  The report revealed a significant decline in performance with overall net sales decreasing by 19.1% compared to the same period last year.  Notably, SSG experienced a dramatic 58.6% drop in sales, falling from $174.0 million to $72.0 million.  In light of these results, Fox Factory revised its sales guidance for the fiscal year 2023, reducing it from a range of $1.67 billion to $1.70 billion down to between $1.43 billion and $1.47 billion.  The Company attributed this downward adjustment to ongoing inventory destocking in its SSG segment.

182.   Coinciding with this disclosure, Fox Factory conducted an earnings call to review its financial performance for the third quarter of 2023 with analysts and investors.  During his opening statement, Defendant Dennison revealed for the first time that the persistent significant decrease in SSG revenue was attributed to reduced purchasing trends from OEMs and a decline in consumer interest:

> Actual sales were lower than our estimate for the quarter by approximately $25 million as we saw slower buying patterns, especially in September as consumers adjust[ed] in an environment of higher interest rates and costs coupled with macroeconomic uncertainty.

183.   Defendant Schemm indicated that Fox anticipated the third quarter of 2023 to represent the lowest point in terms of performance for the year and stated that the Company "expect[ed] the inventory recalibration to continue through the first half of 2024."

184.   On this news, Fox's stock price fell $22.60, or 37.34%, to close at $60.53 per share on November 3, 2023, on abnormally high trading volume.

## AN INVESTOR FILES A SECURITIES CLASS ACTION

185.   On February 20, 2024, a purported purchaser of Company stock filed a securities class action complaint captioned *Marselis v Fox Factory Holding Corp. et al.*, Case No. 1:24-cv-00747 in the United States District Court for the Northern District of Georgia against Fox Factory and Defendants Dennison, Humphrey, Schemm, and Torres (the "Securities Class Action").   The original complaint in the Securities Class Action alleges that throughout the class period of May 6, 2021 and November 2, 2023, Defendants made materially false and/or misleading statements, failing to disclose material adverse facts about the Company's business, operations, and prospects.   Specifically, the original omplaint alleges that defendants misled investors concerning the deterioration of the Company's SSG business and the increase of SSG inventory levels impacting demand.

186.   On August 16, 2024, the plaintiff in the Securities Class Action filed an amended complaint that significantly enhanced the original allegations and introduced substantial new information that materially strengthens the claims against Fox Factory and the Individual Defendants.   While the original complaint focused primarily on issues within the amended complaint broadens the scope considerably by introducing significant allegations about the PVG segment, which were entirely

absent from the original filing.  These new PVG-related allegations include claims of declining demand, the loss of major OEM customers Jeep and Polaris, and the practice of pulling forward revenue at quarter ends to artificially inflate financial results.

187.   The amended complaint also introduces testimony from five confidential witnesses who are former employees ("FEs") of the Company, offering insider perspectives on declining demand, inventory buildup, and questionable accounting practices across both segments.   It reveals previously undisclosed information about Fox's agreements with OEMs to delay shipments and provides a more in-depth analysis of Fox's financial statements, including the disclosure of RPOs and how these relate to delayed shipments.   The amended complaint also strengthens the scienter allegations, including by providing more detailed information about insider stock sales during the class period and the availability and conveyance of relevant information up the corporate chain of command.

188.   Allegedly, FE 1 is a former senior manager in demand planning and forecasting who reported as follows:

a.   FE 1 led a team responsible for inventory monitoring and demand forecasting for both OEM and aftermarket segments of SSG and the associated reporting structure up the corporate chain of command to Defendant Humphrey.

71

b.     Monthly sales operations and planning meetings discussed slowing demand and inventory accumulation.

c.     Numerous OEM customers requested shipment delays in early 2021, often leading to order cancellations in late 2021 and 2022.

d.     Fox negotiated with OEMs to postpone existing orders, resulting in reduced demand in 2022 and 2023.  FE 1 believes that overall

e.     Overall OEM demand allegedly declined by approximately 40% in 2022, with one major OEM (Specialized) experiencing a 60% drop.

f.     Fox's manufacturing prioritized OEM orders over aftermarket orders.

g.     By early 2022, market demand for aftermarket products had significantly decreased.

h.     Inventory levels rose across all product lines, reaching a critical point in July 2022.

i.     Fox had to acquire additional off-site storage to accommodate excess inventory.

189.    The amended complaint states that FE 2 is a former Customer Service Manager for the SSG aftermarket division who reported the following:

a.   OEMs increased orders significantly during the pandemic but started canceling them around summer 2021.

b.   There was an internal understanding that COVID-19 had created unsustainable demand.

c.   The SSG aftermarket division saw decreasing orders in late 2021 due to surplus stock at bicycle shops.

d.   By early 2021, bike shops had reached inventory capacity, leading to order cancellations.

e.   A major distributor (Quality Bicycle Products) canceled a substantial order with Fox in early 2021.

f.   Fox experienced significant inventory buildup beginning in late 2021 and intensifying throughout 2022.

g.   Excess inventory accumulated at both the Taiwan production facility and United States warehouses.

h.   Fox had to lease additional storage space to accommodate the growing stockpile.

190.   Allegedly, FE 3 is a former VP of Sales in the Aftermarket Sales Group ("ASG") who reported as follows:

a.   The PVG faced similar market challenges as SSG with demand declining by mid-2022.

73

b.   Dealers began resisting new inventory, forcing salespeople to attempt reselling the same products.

c.   Fox Factory increased sales targets for the PVG division, potentially to compensate for poor performance in the SSG segment.

d.   The sales target for PVG in 2022 was increased by approximately $100 million.

e.   Internally, SSG's performance was not expected to improve for 6 to 18 months.

f.   ASG was given an ambitious sales goal of $480 million for 2022, which FE 3 believed exceeded market capacity.

g.   This pattern of increased targets continued into 2023 and 2024.

191.  As alleged in the amended complaint, FE 4 is a former Cost Accounting Manager who reported the following:

a.   Fox was shipping orders early to recognize revenue prematurely.

b.   Customers would return early shipments, which remained unprocessed for extended periods.

c.   FE 4 discussed concerns about accelerated revenue recognition with Defendant Humphrey, who expressed agreement as to the concerns raised by FE 4.

d.    Fox lost major OEM customers Jeep and Polaris in 2022, significantly impacting PVG product demand.

e.    Fox would have been aware of this impending loss approximately a year in advance.

f.    PVG inventory increased from around $25 million's worth in 2019 to $108 million by June 2022.

g.    Fox required five additional storage warehouses to accommodate excess inventory.

192.  FE 5 is alleged to be a former PVG cost accountant in the amended complaint who reported as follows:

a.    Fox accelerated sales and revenue recognition at quarter-ends.

b.    Trend analyses revealed significant spikes in billing during the final days of each quarter.

c.    The company was dispatching an unusually high volume of goods during these periods.

d.    FE 5 discussed this issue with the logistics team and was also aware that many of these rushed orders were subsequently returned.

e.    Fox had insufficient inventory management systems in place.

f.   Returned items were not properly reintegrated into inventory records.

g.   Fox accumulated a large amount of outdated stock after shutting down its California operations.

h.   FE 5's suggestion to dispose of obsolete items was rejected.

i.   Multiple external warehouses were filled with excess inventory.

\*        \*        \*

193.   These detailed allegations, if proven true, suggest that the Individual Defendants breached their fiduciary duties by causing or allowing Fox Factory omit material information declining demand, inventory buildup, loss of major customers, and potentially improper accounting practices from its public statements about the Company's business, operations, and prospects.   Indeed, the substantial enhancements and new allegations in the amended complaint, particularly the allegations regarding the statements of FEs and the inclusion of PVG-related issues, appear to provide a stronger foundation for the claims that the Individual Defendants breached their fiduciary duties by issuing false and misleading statements, failing to maintain adequate internal controls, and engaging in practices that artificially inflated the Company's stock price across multiple business segments.

## FOX FACTORY REPURCHASES
## <u>SHARES DURING THE RELEVANT PERIOD</u>

194.   During the Relevant Period, the Individual Defendants caused the Company to repurchase its common stock at artificially inflated prices.  In total, during the Relevant Period, the Company spent approximately $18.4 million to repurchase 153,640 shares at artificially inflated prices.  The actual value of the Company's stock was $60.53 per share as of closing on November 2, 2023, and therefore, Fox Factory should have spent approximately $9,299,829.20 to repurchase its stock during the Relevant Period.  As a result of the overpayment, Fox Factory suffered damages in the amount of approximately $9.1 million.

195.   The following chart details the Company's repurchase transactions during the Relevant Period:

| Repurchase Period | Number of Shares | Repurchase Price Per Share | Repurchase Amount |
|---|---|---|---|
| 4/3/2021 - 5/7/2021 | 29,094 | $153.25 | $4,458,655.50 |
| 6/5/2021 - 7/2/2021 | 9,113 | $156.28 | $1,424,179.64 |
| 7/3/2021 - 8/6/2021 | 9,601 | $161.54 | $1,550,945.54 |
| 10/2/2021 - 11/5/2021 | 1,436 | $161.03 | $231,239.08 |
| 11/6/2021 - 12/3/2021 | 435 | $175.35 | $76,277.25 |
| 12/4/2021 - 12/31/2021 | 975 | $158.90 | $154,927.50 |
| 2/5/2022 - 3/4/2022 | 5,824 | $124.53 | $725,262.72 |
| 3/5/2022 - 4/1/2022 | 650 | $100.88 | $65,572.00 |
| 4/2/2022 - 5/6/2022 | 29,089 | $85.13 | $2,476,346.57 |
| 6/4/2022 - 7/1/2022 | 8,082 | $83.50 | $674,847.00 |
| 7/2/2022 - 8/5/2022 | 3,157 | $94.66 | $298,841.62 |
| 10/1/2022 - 11/4/2022 | 1,336 | $87.85 | $117,367.60 |
| 11/5/2022 - 12/2/2022 | 176 | $102.63 | $18,062.88 |

| | | | |
|---|---|---|---|
| 2/4/2023 - 3/31/2023 | 17,684 | $117.22 | $2,072,918.48 |
| 3/4/2023 - 3/31/2023 | 647 | $113.96 | $73,732.12 |
| 5/6/2023 - 6/2/2023 | 27,528 | $110.32 | $3,036,888.96 |
| 7/1/2023 - 8/4/2023 | 8,046 | $108.99 | $876,933.54 |
| 8/5/2023 - 9/1/2023 | 331 | $110.20 | $36,476.20 |
| 9/30/2023 - 11/3/2023 | 436 | $81.47 | $35,520.92 |
| **Total** | **153,640** | | **$18,404,995.12** |

## THE INDIVIDUAL DEFENDANTS'MISCONDUCT DIRECTLY AND PROXIMATELY CAUSES DAMAGES TO FOX FACTORY

196.   As a result of the Individual Defendants' improprieties, Fox Factory disseminated improper public statements concerning Fox Factory's operations, prospects, and internal controls.  This misconduct has devastated Fox Factory's credibility.

197.   As a direct and proximate result of the Individual Defendants' actions, Fox Factory has expended, and will continue to expend, significant sums of money defending and paying any settlement in the Securities Class Action.

198.   As a direct and proximate result of the Individual Defendants' actions as alleged above, Fox Factory's market capitalization has been substantially damaged, losing millions of dollars in value because of the conduct described herein.

199.   Lastly, the actions of the Individual Defendants have irreparably damaged Fox Factory's corporate image and goodwill.  For at least the foreseeable future, Fox Factory will suffer from what is known as the "liar's discount," a term applied to the stocks of companies that have been implicated in illegal behavior and

have misled the investing public, such that Fox Factory's ability to raise equity capital or debt on favorable terms in the future is now impaired.

## CONSPIRACY, AIDING AND ABETTING, AND CONCERTED ACTION

200.  In committing the wrongful acts alleged herein, the Individual Defendants have pursued, or joined in the pursuit of, a common course of conduct, and have acted in concert with and conspired with one another in furtherance of their wrongdoing.  The Individual Defendants caused the Company to conceal the true facts as alleged herein.  The Individual Defendants further aided and abetted and/or assisted each other in breaching their respective duties.

201.  The purpose and effect of the conspiracy, common enterprise, and/or common course of conduct were, among other things, to (i) facilitate and disguise the Individual Defendants' violations of law, including breaches of fiduciary duty and unjust enrichment; (ii) conceal adverse information concerning the Company's operations, financial condition, future business prospects and internal controls; and (iii) artificially inflate the Company's stock price.

202.  The Individual Defendants accomplished their conspiracy, common enterprise, and/or common course of conduct by causing the Company purposefully, recklessly, or with gross negligence to engage in improper accounting methods, conceal material facts, fail to correct such misrepresentations, and violate applicable laws.  In furtherance of this plan, conspiracy, and course of conduct, Individual

Defendants collectively and individually took the actions set forth herein. The Individual Defendants described herein were direct, necessary, and substantial participants in the common enterprise, and/or common course of conduct complained here because the action described herein occurred under the authority and approval of the Board.

203. Each of the Individual Defendants aided, abetted, and rendered substantial assistance in the wrongs complained of herein. In taking such actions to substantially assist the commission of the wrongdoing complained of herein, each of the Individual Defendants acted with actual or constructive knowledge of the primary wrongdoing, either took direct part in or substantially assisted the accomplishment of that wrongdoing and was or should have been aware of his or her overall contribution to and furtherance of the wrongdoing.

204. At all times relevant hereto, each of the Individual Defendants was the agent of each of the other Individual Defendants and Fox Factory and was at all times acting within the course and scope of such agency.

### PLAINTIFF HAS BEEN A STOCKHOLDER SINCE THE ALLEGED WRONGDOING AND WILL FAIRLY AND ADEQUATELY REPRESENT THE COMPANY'S AND ITS STOCKHOLDERS' INTERESTS

205. Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

206.   Plaintiff brings this action derivatively in the right and for the benefit of the Company to redress the Individual Defendants' misconduct.

207.   Plaintiff is an owner of Fox Factory common stock and has been an owner of Fox Factory common stock since the wrongdoing alleged herein.

208.   Plaintiff has hired counsel experienced in conducting derivative litigation and will adequately and fairly represent the interests of the Company and its stockholders in enforcing and prosecuting the Company's rights.

## **DEMAND IS FUTILE**

### A.   Demand Is Futile Because Each Member of the Board Faces a Substantial Likelihood of Personal Liability

209.   At the time Plaintiff commenced this action, the Board consisted of the seven Director Defendants: Dennison, Duncan, Fetter, Hlay, Johnson, Mendenhall, and Waitman.  The Director Defendants are incapable of making an independent and disinterested decision to institute and vigorously prosecute this action.

210.   The Director Defendants all face a substantial likelihood of liability for their individual misconduct.  The Director Defendants were directors throughout the time of the false and misleading statements and, as such, had a fiduciary duty to ensure the accuracy of the Company's SEC filings, press releases, and other public statements and presentations concerning Fox Factory's business, operations, prospects, internal controls, and financial statements.

211.   Moreover, the Director Defendants owed and owe a duty to, in good faith and with due diligence, exercise reasonable inquiry, oversight, and supervision to ensure that the Company's internal controls were sufficiently robust and effective and were being implemented effectively and to ensure that the Board's duties were being discharged in good faith and with the required diligence and due care.  Instead, they knowingly and consciously reviewed, authorized, and/or caused the publication of the materially false and misleading statements discussed above that caused the Company's stock to trade at artificially inflated prices.

212.   The Director Defendants face a substantial likelihood of personal liability because of their conscious and knowing authorization of false and misleading statements, their failure to timely correct such statements, their failure to take necessary and appropriate steps to ensure that the Company's internal controls were sufficiently robust and effective and were being implemented effectively, and their failure to take necessary and appropriate steps to ensure that the Board's duties were being discharged in good faith and with the required diligence constitute breaches of the fiduciary duties of loyalty and good faith, for which the Director Defendants face a substantial likelihood of liability.

213.   If the Director Defendants were to bring a suit on behalf of the Company to recover damages sustained as a result of this misconduct, they would

expose themselves to significant liability.  For this reason, Plaintiff's making a demand would be futile.

**B.    The Audit Committee Defendants
       Face a Greater Likelihood of Personal Liability**

214.   The Audit Committee Defendants (Hlay, Mendenhall, and Waitman), as members of the Audit Committee during the Relevant Period, participated in and knowingly approved the filing of false financial statements.  More specifically, as members of the Audit Committee, the Audit Committee Defendants were obligated to review the Company's annual and quarterly reports to ensure their accuracy. Instead, the Audit Committee Defendants, as members of the Audit Committee, failed to ensure the integrity of the Company's financial statements and financial reporting process and its systems of internal accounting and financial controls and other financial information provided by the Company as required by the Audit Committee Charter.  For this reason, the Audit Committee Defendants cannot exercise disinterested business judgment in considering a demand.

**C.    Defendant Dennison Faces an Even Greater Likelihood of
       Personal Liability than Other Director Defendants Because He Is
       a Securities Class Action Defendant**

215.   Dennison is incapable of considering a demand to commence and vigorously prosecute this action because he faces an additional substantial likelihood of liability as a defendant in the Securities Class Action, which asserts claims under

the federal securities laws for violations of Sections 10(b) and 20(a) of the Exchange Act as well as SEC Rule 10b-5 promulgated under the Exchange Act.

216.   If Fox Factory is found liable in the Securities Class Action for these violations of the federal securities laws, the Company's liability will be in whole or in part due to the Securities Class Action Defendants' willful and/or reckless violations of their obligations as officers and directors of Fox Factory.   Hence, Dennison is incapable of considering a demand to commence and vigorously prosecute this action because he faces an even greater likelihood of personal liability than the rest of Defendants.

### D.     Defendant Dennison Lacks Independence

217.   Defendant Dennison is not an independent director.   Dennison is not independent because his principal occupation is CEO and President of Fox Factory. Indeed, the Company's proxy statement filed on March 20, 2024, pursuant to Section 14(a) of the Exchange Act on March 20, 2024, states that Dennison is not independent under Nasdaq Listing Rules.   For the Company's fiscal year 2023, Defendant Dennison received a base salary of $974,038, restricted stock unit awards in over $2.5 million in, a performance based restricted stock award of over $2.5 million, and $59,635 in all other compensation for a total compensation of over $6 million.   For the Company's fiscal year 2022, Defendant Dennison received a base salary of $925,000, a performance-based bonus of over $2.2 million, restricted stock

units awards of over $2.25 million, performance based restricted stock awards of over $2.25 million, and $33,462 in all other compensation, for a total compensation of over $7.7 million.  These amounts are material to Defendant Dennison, and therefore, he would not be able to impartially consider a demand against the Director Defendants who are members of the Fox Factory's Compensation Committee (Fetter, Hlay, Johnson, and Mendenhall) and thus approve his executive compensation.  Accordingly, demand is futile as to Defendant Dennison.

## FIRST CAUSE OF ACTION
### Against the Individual Defendants for Breach of Fiduciary Duties

218.   Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

219.   Each Individual Defendant owed to the Company the duty to exercise candor, good faith, and loyalty in the management and administration of Fox Factory's business and affairs.

220.   Each of the Individual Defendants violated and breached his or her fiduciary duties of candor, good faith, loyalty, reasonable inquiry, oversight, and supervision.

221.   The Individual Defendants' conduct set forth herein was due to their intentional or reckless breach of the fiduciary duties they owed to the Company.  The Individual Defendants intentionally or recklessly breached or disregarded their fiduciary duties to protect the rights and interests of Fox Factory.

222.   In breach of their fiduciary duties owed and owe to Fox Factory, the Individual Defendants willfully or recklessly made, or caused or permitted the Company to make, false and misleading statements and omissions of material fact that failed to disclose, *inter alia*, that (i) the demand for bicycles, and consequently for SSG products, had significantly decreased from levels seen during the pandemic.; (ii) bicycle original equipment manufacturers (OEMs) were already overstocked with bike parts and, due to reduced end-user demand, were not placing new orders with Fox; (iii) the decline in demand led OEMs to request delays or cancellations of existing orders, causing SSG's inventory to accumulate; (v) inventory was increasing due to reduced demand for SSG; and (vi) as a result, Defendants' positive statements about the Company's business, operations, and prospects were materially false, misleading, and lacked a reasonable basis.

223.   Accordingly, Fox Factory's public statements were materially false, misleading, and lacked a reasonable basis during the Relevant Period, thereby causing the stock to trade at artificially inflated prices.

224.   The Individual Defendants failed to and caused the Company to fail to rectify any of the wrongs described herein or correct the false and misleading statements and omissions of material fact referenced herein, thereby, rendering themselves personally liable to the Company for breaching their fiduciary duties.

225.   The Individual Defendants also failed to maintain an adequate system of oversight, disclosure controls and procedures, and internal controls in breach of their fiduciary duties.

226.   The Individual Defendants had actual or constructive knowledge that the Company issued materially false and misleading statements, and they failed to correct the Company's public statements.   The Individual Defendants had actual knowledge of the misrepresentations and omissions of material facts set forth herein or acted with reckless disregard to the truth in that they failed to ascertain and disclose such facts even though such facts were available to them.   Such material misrepresentations and omissions were committed knowingly or recklessly and for the purpose and effect of artificially inflating the price of the Company's securities.

227.   The Individual Defendants had actual or constructive knowledge that they had caused the Company to improperly engage in the fraudulent schemes set forth herein and to fail to maintain adequate internal controls.   The Individual Defendants had actual knowledge that the Company was engaging in the fraudulent schemes set forth herein, and that internal controls were not adequately maintained or acted with reckless disregard for the truth in that they caused the Company to improperly engage in the fraudulent schemes and to fail to maintain adequate internal controls, even though such facts were available to them.   Such improper conduct was committed knowingly or recklessly and for the purpose and effect of

artificially inflating the price of the Company's securities. The Individual Defendants, in good faith, should have taken appropriate action to correct the schemes alleged herein and to prevent them from continuing to occur.

228. These actions were not a good-faith exercise of prudent business judgment to protect and promote the Company's corporate interests.

229. As a direct and proximate result of the Individual Defendants' breaches of their fiduciary obligations, Fox Factory has sustained and continues to sustain significant damages. As a result of the misconduct alleged herein, the Individual Defendants are liable to the Company.

**SECOND CAUSE OF ACTION**
**Against the Securities Class Action Defendants for**
**Violations of Sections 10(b) of the Exchange Act and Rule 10b-5**

230. Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

231. The Individual Defendants are liable to the Company because they violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder by the SEC.

232. The Individual Defendants did the following while acting individually and collectively:

      a.     employed devises, schemes, and artifices to defraud;

b.      made untrue statements of material fact or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

c.      engaged in acts, practices, and a course of business that operated as a fraud or deceit upon the Company in connection with its purchases of Fox Factory common stock during the Relevant Period.

233.   As set forth above, the Individual Defendants disseminated or approved the dissemination of materially false and misleading statements while also failing to disclose material facts necessary to make the statements made not misleading under the circumstances.

234.   The Individual Defendants knew or recklessly disregarded facts showing that these statements were false and misleading because they received or had access to such information.

235.   As a result of the Individual Defendants' making these materially false and misleading statements or permitting them to be made, Fox Factory's common stock traded at artificially inflated prices during the Relevant Period.

**THIRD CAUSE OF ACTION**
**Against the Securities Class Action Defendants**
**for Contribution under Sections 10(b) and 21D**
**of the Exchange Act and SEC Rule 10b-5**

236.   Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

237.   Fox Factory along with the Securities Class Action Defendants (Dennison, Humphrey, Schemm, and Torres) are named as defendants in the Securities Class Action, which asserts claims under the federal securities laws for violations of Sections 10(b) and 21D of the Exchange Act and SEC Rule 10b-5.  If the Company is found liable in the Securities Class Action for these violations of the federal securities laws, the Company's liability will be in whole or in part due to the Securities Class Action Defendants' willful and/or reckless violations of their obligations as officers and/or directors of Fox Factory.

238.   Because of their positions of control and authority as officers and/or directors of Fox Factory, the Securities Class Action Defendants were able to and did, directly and/or indirectly, exercise control over the business and corporate affairs of Fox Factory, including the wrongful acts complained of herein and in the Securities Class Action.

239.   Accordingly, the Securities Class Action Defendants are liable under Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and SEC Rule 10b-5, which create an implied private right of action for contribution, and Section 21D of the

Exchange Act, 15 U.S.C. § 78u-4(f), which governs the application of a private right of action for contribution arising out of violations of the Exchange Act.

240.  As such, Fox Factory is entitled to receive all appropriate contribution or indemnification from the Securities Class Action Defendants.

**FOURTH CAUSE OF ACTION**
**Against the Individual Defendants for**
**Violations of § 14(a) of the Exchange Act and SEC Rule 14a-9**

241.  Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

242.  Rule 14a-9, promulgated pursuant to Section 14(a) of the Exchange Act, provides that no proxy statement shall contain "any statement which, at the time and in the light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading."  17 C.F.R. § 240.14a-9.

243.  The 2022 and 2023 Proxy Statements violated Section 14(a) and Rule 14a-9 because they solicited Fox Factory stockholder votes for, *inter alia*, director reelection, while simultaneously misrepresenting and/or failing to disclose the Company's shortcomings in connection with Fox Factory's financial reporting, risk management, internal controls, and business operations.

244.   The Individual Defendants made untrue statements of material facts and omitted to state material facts necessary to make the statements that were made not misleading in violation of Section 14(a) and Rule 14a-9.  By virtue of their positions within the Company and roles in the process and in the preparation of the 2022 and 2023 Proxy Statements, the Individual Defendants were aware of this information and of their duty to disclose this information in the 2022 and 2023 Proxy Statements.

245.   The Individual Defendants knew that the statements contained in the 2022 and 2023 Proxy Statement were materially false and misleading.

246.   The omissions and false and misleading statements in the 2022 and 2023 Proxy Statements are material in that a reasonable stockholder would consider them important in deciding how to vote on the re-election of directors.  Indeed, a reasonable investor would view a full and accurate disclosure as significantly altering the "total mix" of information made available in the 2022 and 2023 Proxy Statements and in other information reasonably available to stockholders.

247.   As a direct and proximate result of the dissemination of the false and misleading 2022 and 2023 Proxy Statements that the Individual Defendants used to obtain stockholder approval of and thereby re-elect directors, Nominal Defendant Fox Factory suffered damage and actual economic losses (i.e., wrongful re-election of directors) in an amount to be determined at trial.

## FIFTH CAUSE OF ACTION
### Against the Individual Defendants for Unjust Enrichment

248.   Plaintiff incorporates by reference and realleges each and every allegation set forth above as though fully set forth herein.

249.   By their wrongful acts, violations of law, and false and misleading statements and omissions of material fact that they made or caused to be made, the Individual Defendants were unjustly enriched at the expense of, and to the detriment of, Fox Factory.

250.   The Individual Defendants benefitted financially from the improper conduct, received unjustly lucrative bonuses tied to the false and misleading statements, and received bonuses, stock options, or similar compensation from Fox Factory that was tied to the performance or artificially inflated valuation of Fox Factory, or received compensation that was unjust in light of the Individual Defendants' bad faith conduct.

251.   Plaintiff, as a stockholder and representative of Fox Factory, seeks restitution from the Individual Defendants and seeks an order from this Court disgorging all profits—including from insider sales, benefits, and other compensation, including any performance-based or valuation-based compensation—obtained by the Individual Defendants from their wrongful conduct and breach of their fiduciary duties.

252.   Plaintiff, on behalf of Fox Factory, has no adequate remedy at law.

## SIXTH CAUSE OF ACTION
### Against all the Individual Defendants for Aiding and Abetting

253.   Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

254.   Each of the Individual Defendants acted and is acting with knowledge of, or with disregard to, the fact that Defendants are in breach of their fiduciary duties to Fox Factory and has participated in a conspiracy in breach of fiduciary duties.

255.   In committing the wrongful acts alleged herein, each of the Individual Defendants has pursued, or joined in the pursuit of, a common course of conduct. The Individual Defendants have acted in concert with and conspired with one another in furtherance of their common plan or design.  In addition to pursuing the wrongful conduct that gives rise to their primary liability, the Individual Defendants also aided, abetted, and assisted each other in breaching their respective duties.

256.   The Individual Defendants collectively and individually initiated and followed a course of conduct that violated the federal securities laws; authorized corporate actions to serve their own personal interests rather than the interests of the Company and its stockholders; misrepresented material facts about the Company, its financial condition, and business prospects; prevented the disclosure of material information necessary to make statements complete and accurate; and failed to implement and maintain an adequate system of internal controls and corporate governance practices.

257.  The purpose and effect of the Individual Defendants' conspiracy, common enterprise, and common course of conduct was, among other things, to disguise Defendants' violations of law, including violations of the federal securities laws and breaches of fiduciary duty.

258.  Each of the Individual Defendants played a direct, necessary, and substantial part in the conspiracy, common enterprise, and common course of conduct complained of herein.

259.  Each of the Individual Defendants aided, abetted, and rendered substantial assistance in the wrongs complained of herein.  In taking such actions to substantially assist the commission of the wrongdoing complained of herein, the Individual Defendants acted with knowledge of the primary wrongdoing, substantially assisted the accomplishment of that wrongdoing, and were aware of their overall contributions to and furtherance of the wrongdoing.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment as follows:

A.    Declaring that Plaintiff may maintain this derivative action on behalf of Fox Factory and that Plaintiff is a proper and adequate representative of the Company;

B.     Awarding the amount of damages sustained by the Company as a result of the Individual Defendants' breaches of fiduciary duties and violations of the federal securities laws;

C.     Awarding prejudgment interest to the Company;

D.     Granting appropriate equitable relief to remedy Individual Defendants' breaches of fiduciary duties and other violations of law;

E.     Awarding to Plaintiff the costs and disbursements of the action, including reasonable attorneys' fees, accountants' and experts' fees and costs and expenses; and

F.     Granting such other and further relief as the Court deems just and proper.

## <u>JURY TRIAL DEMANDED</u>

Plaintiff hereby demands a trial by jury.

Dated:  October 9, 2024          Respectfully submitted,

*/s/ Badge Humphries*
Badge Humphries (Bar No. 543985)
BRAGAR EAGEL & SQUIRE, P.C.
2113 Middle Street, Suite 305
Sullivan's Island, South Carolina 29482
Tel:  843-883-7444
Email: humphries@bespc.com

*Attorney for Plaintiff Daniel Bardos*

## VERIFICATION

I, Daniel Bardos, declare that I have reviewed the Verified Stockholder Derivative Complaint ("Complaint") prepared on behalf of Fox Factory Holding Corp., and authorize its filing.  I have reviewed the allegations made in the Complaint, and as to those allegations of which I have personal knowledge, I believe those allegations to be true.  As to those allegations of which I do not have personal knowledge, I rely on my counsel and their investigation and, for that reason, believe them to be true.  I further declare that I am a current holder of Fox Factory Holding Corp. stock and have continuously held Fox Factory Holding Corp. stock from the time of the wrongdoing alleged herein until the present.  I declare  under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am executing this declaration while located outside the United States of America.

Executed this  9___ day of October 2024.

*Dániel Bárdos*

Dániel Bárdos (Oct 9, 2024 15:15 GMT+2)

Daniel Bardos